**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 25-15276-MAM** |
| **IVAN NILES LATIMORE,** | **Chapter 7** |
| Debtor. | |
| _____/ | |

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTION

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above-captioned estate (the "Chapter 7 Trustee"), pursuant Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, hereby files this Objection to the Debtor's Claimed Exemption, and in support thereof, states:

1. On May 12, 2025, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code [ECF No. 1] and Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee in the case [ECF No. 2].

2. Thereafter, the Clerk served a Notice of Meeting of Creditors [ECF No. 2] (the "Meeting Notice") advising that the deadline to object to the Debtors' claimed exemptions is 30 days after the conclusion of the §341 Meeting, which was held and concluded on June 12, 2025. Accordingly, the deadline for objecting to the Debtor's claimed exemptions is July 14, 2025 (the "Exemptions Deadline").

3. Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, governing exemptions, provides "[t]he court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension."

4. On May 18, 2025, the Debtor filed his Schedules. On Schedule A, the Debtor indicates that he does not own the property located at 5555 Gun Club Rd., West Palm Beach, FL

1

33415 (the "Real Property") and that the value of his interest is $0.00[1] and states "I was the former owner."

5. On Schedule C, the Debtor claims an exemption of $600,000, identifying the applicable property as "Property is in Foreclosure." Upon information and belief, this may be an attempt to refer to the Real Property.

6. The Debtor does not assert any legal basis for this claimed exemption and the Trustee submits there is no proper legal basis for any exemption. If the Debtor is attempting to claim the Florida homestead exemption, such exemption in the Real Property is improper as follows: (1) the Debtor admittedly no longer owns the Real Property and therefore is not entitled to claim any exemption; (2) there is no longer a residence located on the Real Property; and (3) being located in a municipality, the Real Property is 1.17 acres in lot size, exceeding the lot size permitted for such exemption pursuant to Fla. Const. art. X, § 4(a)(1).

7. Accordingly, the Debtor's claimed exemption is improper and must be disallowed.

## RESERVATION OF RIGHTS

The Trustee fully reserves the right to further object to or otherwise supplement, or amend or supplement the instant Objection to the Debtor's claimed exemptions, and/or the right to file additional motions seeking turnover of any additional estate assets, to the extent such relief may be proper or upon new documentation being provided.

**WHEREFORE**, Nicole Testa Mehdipour, the Chapter 7 Trustee, respectfully requests entry of an Order: (i) sustaining the instant Objection; (ii) disallowing and striking

---

[1] Prior the Petition Date, the Debtor allegedly transferred his interest in the Real Property to an entity named CASA DE GREATNESS LLC for no consideration. The Trustee will investigate this transfer and does not waive any rights as to the potential avoidance and recovery in connection with such transfer.

2

the Debtor's claimed exemption in the Real Property; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 14th day of July, 2025.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 14, 2025, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to the Debtors and to the parties as indicated below.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

### Sent via CM/ECF

- **Carmen Contreras-Martinez**   carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com
- **Scott C Lewis**   bkfl@albertellilaw.com, anhsalaw@infoex.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com

### Sent Via U.S. Mail

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>POB 183853<br>Arlington, TX 76096 | BMW Bank of North America, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| Turner N. Falk<br>Saul Ewing LLP<br>1500 Market St., 38th Floor<br>Philadelphia, PA 19102 | Ivan Niles Latimore<br>340 Royal Poinciana Way<br>328-322<br>Palm Beach, FL 33480 | |