UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 25-15276-MAM
                                                                Chapter 7
IVAN NILES LATIMORE

     Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Expedited Motion for Contempt, Motion for Sanctions Against Ivan Niles Latimore, Motion for Issuance of a Writ of Bodily Attachment* **[ECF No. 68]** and *Notice of Hearing* **[ECF No. 71]** were served via Notice of Electronic Filing generated by CM/CF to those parties registered to receive electronic notices of filing in this case and via E-Mail on the party listed below.

Dated: August 29, 2025

                                             FURR COHEN
                                             *Attorneys for Trustee*
                                             2255 Glades Road, Suite 419A
                                             Boca Raton, Florida 33431
                                             Telephone: (561) 395-0500
                                             Facsimile: (561) 338-7532

                                           By: */s/ Alan R. Crane*
                                             Alan R. Crane, Esq.
                                           Florida Bar No.: 0963836
                                           Email: acrane@furrcohen.com

**Served via E-Mail on 08/28/2025:**

- Ivan Niles Latimore (showup33@icloud.com)

**Served via U.S. Mail on 08/29/2025:**

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480