**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

IVAN NILES LATIMORE                                    Case No: 25-15276-MAM
                                                       Chapter 7

_____Debtor._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served on the parties listed below in the manner and dates indicated:

[ECF No. 73]   *Order Granting Trustee's Expedited Motion for Contempt, for Sanctions, and for Issuance of a Writ of Bodily Attachment*

[ECF No. 74]   *Order Granting Motion to Extend Time to Object to Debtor's Discharge*

Dated: September 19, 2025

FURR AND COHEN, P.A.
*Attorneys for the Debtor*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: /s/ Alan R. Crane
    Alan R. Crane
    Florida Bar No. 0963836
    E-Mail: acrane@furrcohen.com

**Served via E-Mail on 09/19/2025:**

- Ivan Niles Latimore (showup33@icloud.com)

**Served via U.S. Mail on 09/19/2025:**

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

1