United States Bankruptcy Court
Southern District of Florida

CASE #
25-15276-MAM

NAME of Debtor
   IVAN LATIMORE


Nicole Mehdipour
Plaintiff

VS

Ivan Latimore
Defendant

FILED-USBC, FLS-WPB
'25 OCT 24 AM 11:18

Motion: Order to Show Cause
(Set aside) Remove contempt and writ body Attachment (undo)

My Declaration is as follows.

I filed my bankruptcy May 2025 as I was in financial turmoil and did not see any other way but to file chapter 7. I consulted with a few lawyers all of which I could not afford due to my financial collapse. I may have had $200 to my name. Some clothes and photo albums. I am accused of hiding assets or claiming interest in the property I once owned. I did not fully know all the necessary angles of bankruptcy

I did the inventory with Nicole Mehdipour and she said if she needed anything after she would let me know. I got a call from a Barbra Casey I filled out what was asked. June 13.25 I got an email saying I was determined Compliance with section 521(A)(1) Then next thing I know I'm get nasty communication from Miss Barbra Casey with her shouting at my for not following orders of which I had no idea what she was saying sine I just got the email I was in Compliance. I appeared at the zoom with a different Judge and I do not know what was transpiring as I've never been in bankruptsy Then August 2. 2025 I start getting emails from and Alan Crane who I don't know or feel he was being genuine. He was sending me a barrage of emails all of which I gave him answers I was confused of who he was and what was going on. I let him know I don't have any information he seems to think I have. He kept jabbing at me and I had enough he was over stepping the boundaries of proffenalism and I felt Attacked after I told him countless times I dont have any information. I told him I was homeless did have access to a phone on computer. Left the state of Florida. He wanted to press me when I gave all the information I had when I filed for bankruptsy.
The Supreme Court case Taggart vs Lorenzen ~~ruling~~ is an example. I feel that under the automatic stay injunction Mr. Crane was in Violation of my Rights

my actions were to help close my case as best as I could. I was doing everything in my power to comply and it was not good enough for Mr. Crane. I didnt know what he was saying when I had an interest in the property 55755 gun club rd WPB I said yes only cause there was a mortgage I wanted discharged of my name so that is why I said I still had an interest and for no other purposes did I ~~claim~~ an interest. I am also homeless and find it impossible to obtain other information that Mr. Crane was trying to press me for. I could not afford to pay any lawyer bills or fees due to my homelessness and inability to work. These violations I am accused of are totally unintentional, falsely accused of these claims. lack of knowledge of what was and is expected of me. I feel I have been wrongly accused in my proceedings and only have asked for a fair and reasonable outcome as I fallen in financal ruins and have been homeless the last 6 months and in no way was I being disobedient in trying to comply with this matter. I simply do not have any way of information that has been thrust at me to compell. I ask your honor to set aside this Contempt and Writ Body Attachment

in this case, so I may proceed with the discharge of my debt and try and find my way back to a normal citizen of the United States of America.

*[signature]*

Ivan Latimore
Showup33@Icloud.com

Alan Crane
2255 glades Rd ste 419A
Boca Raton Fl 33431
ACRane@furrcohen.com