IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

IVAN NILES LATIMORE
AKA: IVAN LATIMORE

CASE NO.: 25-15276-MAM
CHAPTER: 7

Debtor.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
Negative Notice not included pursuant to LR 4001-1(c)

Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), seeks, pursuant to 11 U.S.C. §362(d), for relief from the automatic stay, and states:

1. On March 19, 2022, the Debtor executed a Retail Installment Sale Contract (the "Contract") for the purchase of the personal property described as follows: 2022 Kia Telluride Utility 4D EX 3.8L V6; VIN: 5XYP34HC4NG262987 ("Vehicle").

2. As indicated on the Title, Movant is the lienholder on the Vehicle. True and correct copies of the Contract and Title are attached hereto as Composite Exhibit "A" respectively.

3. The Contract is in default. As of October 07, 2025, the total amount of the debt owed to Movant is $36,958.31. The arrearage is $7,597.39 and the last payment was received on May 03, 2025. An Affidavit in support of this Motion is attached as Composite Exhibit "A."

4. According to the N.A.D.A., the adjusted retail/wholesale average value of the Vehicle is $31,225.00. A true and correct copy of the N.A.D.A. record is attached hereto as Composite Exhibit "A".

5. The Statement of Intention is silent as to the Debtor's intent with regard to the Vehicle.

6. Furthermore, Movant is not receiving payments to protect against the erosion of its security interest.

7. If Movant is not permitted to enforce its security interest in the Vehicle, it will suffer irreparable injury, loss, and damage.

8. For the reasons stated above, Movant further requests that the 14-day stay under Federal Rule of Bankruptcy Procedure 4001 be waived.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

    a.    terminating the automatic stay;

    b.    permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Vehicle described herein; and

    c.    granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.
FL Bar No.: 52899
P.O. Box 5703,
Clearwater, FL 33758
Telephone: (727) 565-2653
Fax: (727) 213-9022
Email: bk@stewartlegalgroup.com
Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail this 24th day of October2025.

*/s/ Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.

**VIA REGULAR MAIL**
Ivan Niles Latimore
340 Royal Poinciana Way 328-322
Palm Beach, FL 33480

**VIA CM/ECF NOTICE**
Nicole Testa Mehdipour
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
Trustee@ntmlawfirm.com

Office of the US Trustee
51 S.W. 1st Ave.,
Suite 1204
Miami, FL 33130