United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 25-15276-MAM
Ivan Niles Latimore  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf004 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Ferrari Financial Services, Inc., c/o Saul Ewing LLP, 701 Brickell Ave.,, Suite 1700, Miami, FL 33131-2832 |
| sp | + | Turner N. Falk, Saul Ewing LLP, 1500 Market St., 38th Floor, Philadelphia, PA 19102-2184 |
| 97978653 | + | BMW Auto Finance, 5550 Britton Pkwy, Hillard OH 43026-7456 |
| 97978654 | + | Bank of America Auto Finance, PO Box 17237, Wilmington DE 19850-7237 |
| 97978657 | + | Barrett Jackson LL, 15555 N 79 Pl, Scottsdale, AZ 85260-1681 |
| 97978647 | + | Cenlar Loan, PO Box 77404, Ewing, NJ 08628-6404 |
| 97978656 | + | Ferrari Financial, 250 Sylvan Ave, Englewood Cliffs, NJ 07632-2527 |
| 97978650 | + | GM Auto Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 97978648 | + | Loan Care, PO Box 202049, Florence, SC 29502-2049 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: showup33@icloud.com | Oct 24 2025 23:34:00 | Ivan Niles Latimore, 340 Royal Poinciana Way, 328-322, Palm Beach, FL 33480-4048 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 23:37:00 | AmeriCredit Financial Services, Inc., POB 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 23:28:55 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 23:30:45 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKNotices@tblaw.com | Oct 24 2025 23:36:00 | Lakeview Loan Servicing, Tiffany and Bosco PA, 1201 S. Orlando, Suite 430, C/o Jason A. Weber, Esq., Winter Park, fl 32789, UNITED STATES 32789-7107 |
| 97978649 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 24 2025 23:58:23 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 98041273 | + | Email/PDF: showup33@icloud.com | Oct 24 2025 23:34:00 | Ivan Niles Latimore, 340 Royal Poinciena Way, 328-322, Palm Beach, FL 33480-4048 |
| 97978655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 23:45:42 | Synchrony Bank, 777 Long Ridge Rd., Stamford, CT 06902-1259 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98041355 | *+ | Ivan Niles Latimore, 340 Royal Poinciana Way-328-322, Palm Beach, FL 33480-4048 |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf004 | Total Noticed: 17 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Alan R Crane
    on behalf of Plaintiff Nicole Mehdipour acrane@furrcohen.com
    yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Alan R Crane
    on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com
    yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Carmen Contreras-Martinez
    on behalf of Plaintiff Ferrari Financial Services  Inc. carmen.contreras-martinez@saul.com,
    aida.mclaughlin@saul.com;litigationdocketing@saul.com

Carmen Contreras-Martinez
    on behalf of Creditor Ferrari Financial Services  Inc. carmen.contreras-martinez@saul.com,
    aida.mclaughlin@saul.com;litigationdocketing@saul.com

Jason A. Weber, Esq.
    on behalf of Creditor Lakeview Loan Servicing jaw@tblaw.com  Nboffill@tblaw.com

Nicole Testa Mehdipour
    Trustee@ntmlawfirm.com
    TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Scott C Lewis
    on behalf of Creditor Alliant Credit Union bkfl@albertellilaw.com  anhsalaw@infoex.com

Turner N Falk
    on behalf of Plaintiff Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email

TOTAL: 9

United States Bankruptcy Court
Southern District of Florida

CASE #
25-15276-MAM

NAME of Debtor
IVAN LATIMORE

Nicole Mehdipour
Plaintiff

VS

IVAN LATIMORE
Defendant

Motion: Order to Show Cause
(Set aside) Remove contempt and writ body
Attachment (undo)

My Declaration is as follows.

I filed my bankruptcy May 2025 as I was in financial turmoil and did not see any other way but to file chapter 7. I consulted with a few lawyers all of which I could not afford due to my financial collapse. I may have had $200 to my name. Some clothes and photo albums. I am accused of hiding assets or claiming interest in the property I once owned. I did not fully know all the necessary angles of bankruptcy

I did the interview with Nicole Mehdipour and she said if she needed anything after she would let me know. I got a call from a Barbra Casey I filled out what was asked. June 13.25 I got an email saying I was determined Compliance with section 521(A)(i) Then next thing I know I'm get nasty communication from Miss Barbra Casey with her shouting at my for not following orders of which I had no idea what she was saying since I just got the email I was in Compliance. I appeared at the zoom with a different Judge and I do not know what was transpiring as I've never been in bankruptcy. Then August 2. 2025 I start getting emails from and Alan Crane who I don't know or feel he was being genuine. He was sending me a barrage of emails all of which I gave him answers I was confused of who he was and what was going on. I let him know I don't have any information he seems to think I have. He kept Jabbing at me and I had enough he was over stepping the boundaries of proffenalism and I felt Attacked after I told him countless times I don't have any information. I told him I was homeless did not have access to a phone or computer. Left the state of Florida, He wanted to press me when I gave all the information I had when I filed for bankruptsy.
The Supreme Court Case Taggart vs Lorenzen ~~called~~ is an example. I feel that under the automatic stay injunction MR. Crane was in Violation of My Rights

my actions were to help close my case as best as I could. I was doing everything in my power to comply and it was not good enough for Mr. Crane. I didnt know what he was saying when I had an interest in the property 5555 gun club rd WPB I said yes only cause there was a mortgage I wanted discharged of my name so that is why I said I still had an interest and for no other purposes did I claim an interest. I am also homeless and find it impossible to obtain other information that Mr. Crane was trying to press me for. I could not afford to pay any lawyer bills or fees due to my homelessness and inability to work. These violations I am accused of are totally unintentional, falsely accused of these claims, lack of knowledge of what was and is expected of me. I feel I have been wrongly accused in my proceedings and only have asked for a fair and reasonable outcome as I fallen in financial ruins and have been homeless the last 6 months and in no way was I being disobedient in trying to comply with this matter. I simply do not have any way of information that has been thrust at me to compell. I ask your honor to set aside this contempt and writ body attachment

in this case, so I may proceed with the discharge of my debt and try and find my way back to a normal citizen of the United States of America.

*Ivan Latimore*
Ivan Latimore
Showup33@Icloud.com

Alan Crane
2255 glades Rd ste 419A
Boca Raton Fl 33431
ACRane@furrcohen.com