**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

IVAN NILES LATIMORE                                          CASE NO. 25-15276-MAM
*AKA* IVAN LATIMORE                                          CHAPTER 13

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Hearing (Doc. No. 82) was

served by CM/ECF notice the 27th day of October 2025 and first class mail this 7th day of

November 2025.

                                    */s/ Gavin N. Stewart*
                                      Gavin N. Stewart, Esquire
                                      Florida Bar Number 52899
                                      P.O. Box 5703
                                      Clearwater, FL 33758
                                      P: (727) 565-2653
                                      F: (727) 213-9022
                                      E: bk@stewartlegalgroup.com
                                      Counsel for Movant

**VIA FIRST CLASS MAIL**
Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

**VIA CM/ECF NOTICE**
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Alan R Crane
2255 Glades Rd 419A
Boca Raton, FL 33431

U.S. Trustee
Office of the US Trustee

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130