UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

IVAN NILES LATIMORE  CASE NO. 25-15276-MAM
*AKA* IVAN LATIMORE  CHAPTER 7

     Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Order Granting Motion For Relief From Stay (Doc. No. 85) was served by CM/ECF notice the 18th day of November 2025 and first class mail this 21st day of November 2025.

                        */s/ Gavin N. Stewart*
                        Gavin N. Stewart, Esquire
                        Florida Bar Number 52899
                        P.O. Box 5703
                        Clearwater, FL 33758
                        P: (727) 565-2653
                        F: (727) 213-9022
                        E: bk@stewartlegalgroup.com
                        Counsel for Movant

**VIA FIRST CLASS MAIL**
Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

**VIA CM/ECF NOTICE**
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Alan R Crane
2255 Glades Rd 419A
Boca Raton, FL 33431

U.S. Trustee
Office of the US Trustee

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130