**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

IVAN NILES LATIMORE                                  Case No. 25-15276-MAM
                                                     Chapter 7

       Debtor
_____/

### TRUSTEE'S NOTICE OF ABANDONMENT

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

    NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (the "Trustee") for the estate of LATIMORE, IVAN NILES, gives notice of the proposed abandonment of the Trustee's interest in the following property:

**2022 Kia Telluride VIN: 5XYP34HC4NG262987 and Items Held in Public Storage located in West Palm Beach (listed on statement of financial affairs on the bankruptcy petition)**

    The Trustee believes that the property and its contents is burdensome and of inconsequential value and benefit to the estate. Any objection shall be filed with the U.S. Bankruptcy Court 1515 N. Flagler Drive #801, West Palm Beach, FL 33401, and a copy served on the trustee.

    Date: March 16, 2026

                                                       /s/ Nicole Testa Mehdipour, Trustee
                                                       Nicole Testa Mehdipour, Trustee
                                                       Chapter 7 Trustee
                                                       6278 North Federal Highway
                                                       Suite 408
                                                       Fort Lauderdale, FL 33308
                                                       Tel: (954) 858-5880
                                                      www.NTMLawFirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Abandonment* was served via the Court's CM/ECF notification to all parties indicated below and via U.S. Mail, postage prepaid, upon all creditors and interested parties on the attached notice on this March 16, 2026.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

*Sent via CM/ECF:*

- **Carmen Contreras-Martinez**   carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com
- **Alan R Crane**   acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com;paralegal@furrcohen.com;paralegal2@furrcohen.com
- **Jonathan T Crane**   jcrane@furrcohen.com, staff1@furrcohen.com;yfernandez@furrcohen.com;ltitus@furrcohen.com;crane.jonathant.b105357@notify.bestcase.com;shurayt@furrcohen.com;paralegal2@furrcohen.com
- **Turner N Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Scott C Lewis**   bkfl@albertellilaw.com, anhsalaw@infoex.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com

*Sent via First Class U.S. Mail:*  To all parties on the attached list.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 25-15276-MAM<br>Southern District of Florida<br>West Palm Beach<br>Mon Mar 16 13:03:34 EDT 2026 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ferrari Financial Services, Inc.<br>c/o Saul Ewing LLP<br>701 Brickell Ave.,<br>Suite 1700<br>Miami, FL 33131-2832 | Lakeview Loan Servicing<br>Tiffany and Bosco PA<br>1201 S. Orlando, Suite 430<br>C/o Jason A. Weber, Esq.<br>Winter Park, fl 32789-7107 |
| BMW Auto Finance<br>5550 Britton Pkwy<br>Hillard OH 43026-7456 | Bank of America Auto Finance<br>PO Box 17237<br>Wilmington DE 19850-7237 | Barrett Jackson LL<br>15555 N 79 Pl<br>Scottsdale, AZ 85260-1681 |
| Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511 | Cenlar Loan<br>PO Box 77404<br>Ewing, NJ 08628-6404 | Ferrari Financial<br>250 Sylvan Ave<br>Englewood Cliffs, NJ 07632-2527 |
| GM Auto Financial<br>PO Box 650595<br>Dallas, TX 75265-0595 | Ivan Niles Latimore<br>340 Royal Poinciana Way-328-322<br>Palm Beach, FL 33480-4048 | Ivan Niles Latimore<br>340 Royal Poinciena Way<br>328-322<br>Palm Beach, FL 33480-4048 |
| Loan Care<br>PO Box 202049<br>Florence, SC 29502-2049 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Synchrony Bank<br>777 Long Ridge Rd.<br>Stamford, CT 06902-1259 |
| (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Turner N. Falk<br>Saul Ewing LLP<br>1500 Market St., 38th Floor<br>Philadelphia, PA 19102-2184 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AmeriCredit Financial Services, Inc.<br>POB 183853<br>Arlington, TX 76096 | Nicole Testa Mehdipour<br>United States Bankruptcy Trustee<br>6278 North Federal Highway Suite 408<br>Ft Lauderdale, FL 33308 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alliant Credit Union                 (d)Capital One Auto Finance, a division of Ca      (u)West Palm Beach
                                        4515 N Santa Fe Ave. Dept. APS
                                        Oklahoma City, OK 73118-7901


(d)Ivan Niles Latimore                  End of Label Matrix
340 Royal Poinciana Way                 Mailable recipients    19
328-322                                 Bypassed recipients     4
Palm Beach, FL 33480-4048               Total                  23
```