UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 25-15276-MAM
                                                                Chapter 7
IVAN NILES LATIMORE

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of *Motion to Compel Turnover of Insurance Proceeds* **[Dkt. No. 90]** and *Notice of Hearing* **[Dkt. No. 91]** were served by CM/ECF, U.S. Mail and/or E-Mail to the parties listed below in the manner and date stated.

Dated: March 26, 2026

                                                FURR COHEN
                                                *Attorneys for Trustee*
                                                2255 Glades Road, Suite 419A
                                                Boca Raton, Florida 33431
                                                Telephone: (561) 395-0500
                                                Facsimile: (561) 338-7532

                                                By: */s/ Jonathan T. Crane*
                                                    Jonathan T. Crane, Esq.
                                                    Florida Bar No.: 1039351
                                                    Email: acrane@furrcohen.com

**By Notice of Electronic Filing**: Dkt. No.'s 90 and 8 were served on March 25, 2026 to all parties registered with CM/ECF to receive electronic notice.

**Served via E-Mail on 03/25/2026**:

- Ivan Niles Latimore (showup33@icloud.com)

**Served via U.S. Mail**: Dkt. No.'s 90 and 91 were served on March 25, 2026 to all parties on the attached official court matrix and the parties listed below.

AmeriCredit Financial Services, Inc.
POB 183853
Arlington, TX 76096

BMW Bank of North America, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Turner N. Falk
Saul Ewing LLP
1500 Market St., 38th Floor
Philadelphia, PA 19102

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

Label Matrix for local noticing
113C-9
Case 25-15276-MAM
Southern District of Florida
West Palm Beach
Wed Mar 25 13:59:37 EDT 2026

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

BMW Bank of North America, c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ferrari Financial Services, Inc.
c/o Saul Ewing LLP
701 Brickell Ave.,
Suite 1700
Miami, FL 33131-2832

Lakeview Loan Servicing
Tiffany and Bosco PA
1201 S. Orlando, Suite 430
C/o Jason A. Weber, Esq.
Winter Park, fl 32789-7107

BMW Auto Finance
5550 Britton Pkwy
Hillard OH 43026-7456

Bank of America Auto Finance
PO Box 17237
Wilmington DE 19850-7237

Barrett Jackson LL
15555 N 79 Pl
Scottsdale, AZ 85260-1681

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Cenlar Loan
PO Box 77404
Ewing, NJ 08628-6404

Ferrari Financial
250 Sylvan Ave
Englewood Cliffs, NJ 07632-2527

GM Auto Financial
PO Box 650595
Dallas, TX 75265-0595

Ivan Niles Latimore
340 Royal Poinciana Way-328-322
Palm Beach, FL 33480-4048

Ivan Niles Latimore
340 Royal Poinciena Way
328-322
Palm Beach, FL 33480-4048

Loan Care
PO Box 202049
Florence, SC 29502-2049

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Synchrony Bank
777 Long Ridge Rd.
Stamford, CT 06902-1259

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Turner N. Falk
Saul Ewing LLP
1500 Market St., 38th Floor
Philadelphia, PA 19102-2184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
POB 183853
Arlington, TX 76096

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliant Credit Union

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)West Palm Beach


(d)Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480-4048

End of Label Matrix
Mailable recipients    19
Bypassed recipients     4
Total                  23