**Fill in this information to identify your case:**

Debtor 1 _Ivan_ _niles_ _Latimore_
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _25- 15276-MAM_
(If known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

FILED-USBC, FLS-WPB
'26 APR 16 AM11:17

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _An insurance Check for my Homestead_ Line from *Schedule A/B*: | $ 20,000 | ☐ $ 20,000 ☐ 100% of fair market value, up to any applicable statutory limit | The Homstead Exemption Applies to this $20,000 |
| Brief description: _Burglary claim of My home stead Items stolen_ Line from *Schedule A/B*: | $ 20,601 | ☐ $ 20,000 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3. Are you claiming a homestead exemption of more than $214,000?
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☑ Yes

**Fill in this information to identify your case:**

Debtor 1 _Ivan_ _Niles_ _Latimore_
First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Palm Beach_ District of _Florida_

Case number _25-15276- MAM_
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

× _Latimore_ × _____
Signature of Debtor 1  Signature of Debtor 2

Date _04-14-2026_  Date_____
MM / DD / YYYY  MM / DD / YYYY

Official Form 106Dec  Declaration About an Individual Debtor's Schedules

# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Brandon J. Williams
+1 305-789-7527
Brandon.Williams@hklaw.com

March 18, 2025

***VIA FEDERAL EXPRESS***

Ivan Latimore
340 Royal Poinciana Way, Suite 328-322
Palm Beach, Florida 33480

> Re: *Ivan N. Latimore v. American Security Insurance Company*
> Claim No.: 00201737936

Dear Mr. Latimore:

Enclosed please find the following reissued indemnity check:

1. Check No. 62886434 in the amount of $20,000.00 made payable to Lakeview Loan Servicing, LLC and Ivan N. Latimore.

Sincerely yours,

HOLLAND & KNIGHT LLP

Brandon J. Williams

BJW:ja

Enclosures

*The check was not added due to the fact the loan companies name was on the check and I was having a hard time to get the money owed to me. I tried multiple times. This settlement Items is my homestead Exemption of my home that were taken.*

*Ivan Latimore*

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach
#515540656_v1

```
LISTING PAGE     1 P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E        PAGE   1
   CASE NO. 23137203                    O F F E N S E  R E P O R T              CASE NO. 23137203
***02/23/26***                               PRINT DATE 02/23/26   DISPOSITION: INACTIVE
                                                                   DIVISION: ROAD PATROL
  911:
     BURG UNARM W/O               * GR THFT WILL CO *                    *
   SIGNAL CODE: 21R    CRIME CODE: 2  NON CRIME CODE:     CODE: 230G  DATE: 12/12/23  TUESDAY
 ZONE: B22 GRID:       DEPUTY I.D.: 31825 NAME: DEL VALLE BERNA ASSIST:   TIME D 1342 A 1347 C 1519
          OCCURRED BETWEEN DATE: 12/10/23 , 1515 HOURS AND  DATE: 12/12/23 , 1000 HOURS
          EXCEPTION TYPE:
          INCIDENT LOCATION: 5555      GUN CLUB            RD   APT. NO.:
                    CITY: WEST PALM BEACH         STATE: FL     ZIP: 33415

        NO. OFFENSES: 02 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
                         LOCATION: RESIDENCE - SINGLE FAMILY
     NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0


           OFFENSE NO. 1  FLORIDA STATE STATUTE:  810 02   3B   CIS CODE 230G
           OFFENSE NO. 2  FLORIDA STATE STATUTE:  812 014  2C2  CIS CODE 230G
           ..
        NAME LIST:
             ROLE:
  VICTIM  NO. 001        IVAN LATIMORE              DOB: 06/27/1976
                    SEX: M RACE: B HT: 600 WT: 190 HR: BLACK    EYE: BROWN
 RESIDENTIAL ADDRESS: 5555    GUN CLUB  RD      W PALM BCH FL 33415    HOME PHONE: 808 399-3069
                         BUSINESS PHONE: 561 000-0000

        NATURE OF LARCENY: ALL OTHERS
        POINT OF ENTRY: SIDE DOOR
        METHOD OF ENTRY: CUT / TEAR SCREEN
        ================================================================
             STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
        CODE    3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
        (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
        ================================================================
         DATE  S T                          P R O P E R T Y
         STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE   VALUE      TELETYPE
         RECOV A P  NAME    (GUN)    DESCRIPTION    STOLEN  RECOVERED   NUMBER
        ================================================================
        121223 1 E UNKNOWN   1      1600 WATT       1200
                                    GENERATOR(NO
                                    SERIAL NUMBER
                                    OR MODEL)
        121223 1 E UNKNOWN   1      1200 WATT        800
                                    GENERATOR(NO


                        EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32
```

This is the police Report from my homestead property that the $20,000 claim is owed and I did not know it was supposed to be exempt on my Bankruptsy claim. Sorry for this Mistake. Father

```
LISTING PAGE      2 P A L M  B E A C H  C O U N T Y  S H E R I F F' S  O F F I C E       PAGE    2
  CASE NO. 23137203                      O F F E N S E   R E P O R T            CASE NO. 23137203
***02/23/26***                             PRINT DATE 02/23/26   DISPOSITION: INACTIVE


           ===============================================================================
                 STATUS  1 = STOLEN                 2 = S/R DIFFERENT DAY
           CODE    3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
           (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
           ===============================================================================
             DATE  S T                               P R O P E R T Y
             STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE     TELETYPE
             RECOV A P   NAME    (GUN)    DESCRIPTION  STOLEN  RECOVERED   NUMBER
           ===============================================================================
                                         SERIAL NUMBER
                                         OR MODEL)
           121223 1 E UNKNOWN    2     600 WATT       1300
                                         GENERATOR(NO
                                         SERIAL NUMBER
                                         OR MODEL)
           121223 1 E MILWAUKEE  3     FULL MILWAUKEE  1800
                                         TOOL SET(NO
                                         SERIAL NUMBER
                                         OR MODEL)
           121223 1 E UNKNOWN    1     LADDER MULTI    158
                                         PURPOSE(NO
                                         SERIAL NUMBER
                                         OR MODEL)
           121223 1 E UNKNOWN          WOOD 2X4 HALF   1200
                                         BUNDLE
           121223 1 E KOBOLT     1     KOBOLT BLOWER   150
                                         (NO SERIAL
                                         NUMBER OR MODEL
           121223 1 E UNKNOWN    3     SOLAR POWER     750
                                         LIGHTS(NO
                                         SERIAL NUMBER
                                         OR MODEL)
           ..
           ..
             OFFENSE INDICATOR: OFFENSE 1 AND 2    VICTIM NUMBER: 1
           VICTIM TYPE: ADULT
           RESIDENCE TYPE: COUNTY    RESIDENCE STATUS: FULL YEAR
           EXTENT OF INJURY: NONE
           INJURY TYPE(1): NOT APPLICABLE
           INJURY TYPE(2): NOT APPLICABLE
           VICTIM RELATION: UNDETERMINED

             REPORT NUMBER: 1


                               EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32
```

```
LISTING PAGE      3 P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E      PAGE   3
  CASE NO. 23137203                    O F F E N S E  R E P O R T          CASE NO. 23137203
***02/23/26***                         PRINT DATE 02/23/26    DISPOSITION: INACTIVE
```

                FLORIDA VICTIM ? N
                WEATHER: DAY CLEAR
                WITNESS TO CRIME KNOWN ?. N        SUSPECT NAME KNOWN ?....... N
                CAN VICTIM I.D. SUSPECT ? N        SUSPECT LOCATION KNOWN ?... N
                WILL VICTIM PROSECUTE ?.. Y        STOLEN PROPERTY TRACEABLE ? N
                IS M.O. SIGNIFICANT ?.... N        EVIDENCE LEFT AT SCENE ?... N
                LATENTS LIFTED ?......... N        SUSPECT'S VEHICLE KNOWN ?.. Y
                TAG NUMBER KNOWN ?....... N        PROPERTY DAMAGE ?.......... Y
                AMOUNT OF DAMAGE .......$ 3000

                     *.*
                     ON DECEMBER 12, 2023, AT APPROXIMATELY 1347 HOURS, I RESPONDED TO 5555 GUN
                     CLUB RD WEST PALM BEACH FL 33415, IN REFERENCE TO A "RESIDENTIAL BURGLARY".
                     UPON MY ARRIVAL, I MADE CONTACT WITH IVAN LATIMORE (COMPLAINT) IN FRONT OF THE
                     PROPERTY.
                     I LEARNED FROM IVAN, AT APPROXIMATELY 1000 HOURS WHEN HE GOT TO THE PROPERTY
                     HE NOTICED THE SLIDING GLASS DOOR WAS OPEN ON OF THE RESIDENCE. AS IVAN WALKED
                     IN HE NOTICED ALL THE GENERATORS WERE MISSING FROM WITHIN AND A PIECE OF
                     PLYWOOD THAT WAS COVERING THE EAST SIDE OF THE WALL WAS MOVED. IVAN WALKED THE
                     REST OF THE RESIDENCE AND NOTICED SEVERAL ITEMS WERE MISSING. IVAN DID NOT
                     GIVE ANYONE PERMISSION TO REMOVE OR TAKE AND OF THE PROPERTY FROM THE
                     RESIDENCE. IVAN LAST SEEN THE RESIDENCE UNDAMAGED AND NOTHING TAKEN OVER THE
                     WEEKEND.
                     I DETERMINED THAT IVAN LATIMORE IS THE VICTIM OF A BURGLARY OF AN UNOCCUPIED
                     DWELLING. IN WHICH THE SUSPECT(S) UNLAWFULLY ENTERED THE VICTIM'S RESIDENCE
                     VIA THE SIDE DOOR AFTER CUTTING THE LOCKS WITH AN UNKNOWN OBJECT AND PRYING
                     OFF THE DOORS. ONCE INSIDE THE RESIDENCE, THE SUSPECT(S) TOOK THE FOLLOWING
                     ITEMS FROM WITHIN:
                     - 1,600 WATT GENERATOR (NO SERIAL NUMBER OR MODEL), VALUED AT $1,200.00
                     - 1,200 WATT GENERATOR (NO SERIAL NUMBER OR MODEL), VALUED AT $800.00
                     - 2X 600 WATT GENERATOR (NO SERIAL NUMBER OR MODEL), VALUED AT $ 1,300.00
                     - 3X FULL MILWAUKEE TOOL SET (NO SERIAL NUMBER OR MODEL), VALUED AT $1,800.00
                     - LADDER MULTIPURPOSE (NO SERIAL NUMBER OR MODEL), VALUED AT $158.00
                     - WOOD 2X4 HALF BUNDLE, VALUED AT $1,200.00
                     - "KOBOLT" BLOWER (NO SERIAL NUMBER OR MODEL), VALUED AT $150.00
                     - 3X SOLAR POWER LIGHTS (NO SERIAL NUMBER OR MODEL), VALUED AT $750.00
                     TOTAL VALUE $7,358.00
                     THREE LOCKS WERE CUT AND ONE FRONT DOOR WAS PRIED WITH AN UNKNOWN TOOL CAUSING
                     APPROXIMATELY $3,000.00 IN DAMAGES.
                     IVAN WAS ISSUED A "PALM BEACH COUNTY SHERIFF'S OFFICE" BUSINESS CARD WITH THE
                     INCIDENT'S CASE NUMBER.


                          EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32

```
LISTING PAGE      4 P A L M  B E A C H  C O U N T Y  S H E R I F F' S  O F F I C E        PAGE   4
  CASE NO. 23137203                    O F F E N S E  R E P O R T           CASE NO. 23137203
***02/23/26***                         PRINT DATE 02/23/26    DISPOSITION: INACTIVE

           VIDEO SURVEILLANCE WERE LOCATED ON THE PROPERTY WHICH IVAN STATED THEY ONLY
           TAKE PHOTOS TO THE CAMERAS RUNNING OFF SOLAR DUE TO NO POWER BEING RAN TO THE
           RESIDENCE. IVAN WAS ISSUED THE EVIDENCE.COM LINK TO ATTACH THE PHOTOS.
           INCIDENT CAPTURED ON MY PBSO AXON ISSUED BODY WORN CAMERA WHICH WAS UPLOADED
           TO EVIDENCE.COM.
           PENDING FURTHER INFORMATION.
           D/S B. DEL VALLE #31825
           COPIED & PASTED: 121923/KG
           EMAILED: 121523 @0904HRS


                        EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32
```

```
LISTING PAGE    5 P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E      PAGE    1
  CASE NO. 23137203    SUPPLEMENT  1  O F F E N S E  R E P O R T          CASE NO. 23137203
***02/23/26***                        PRINT DATE 02/23/26   DISPOSITION: INACTIVE
                                                            DIVISION: DETECTIVE
  911:
      BURG UNARM W/O                 * GR THFT WILL CO *               *
    SIGNAL CODE: 21R   CRIME CODE: 2  NON CRIME CODE:    CODE: 230G  DATE: 01/19/24  TUESDAY
 ZONE: B22 GRID:       DEPUTY I.D.: 24109 NAME: APPLE CHRISTOPH ASSIST:    TIME D 1342 A 1347 C 1519
         OCCURRED BETWEEN DATE: 12/10/23 , 1515 HOURS AND  DATE: 12/12/23 , 1000 HOURS
           EXCEPTION TYPE:
         INCIDENT LOCATION: 5555      GUN CLUB              RD  APT. NO.:
                  CITY: WEST PALM BEACH          STATE: FL      ZIP: 33415

         NO. OFFENSES: 02 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
                           LOCATION: RESIDENCE - SINGLE FAMILY
        NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0


               OFFENSE NO. 1  FLORIDA STATE STATUTE:  810 02   3B   CIS CODE 230G
               OFFENSE NO. 2  FLORIDA STATE STATUTE:  812 014  2C2  CIS CODE 230G
               ..
               ..
               ON 12/12/2023, I WAS ASSIGNED TO CONDUCT FOLLOW UP INVESTIGATION IN REFERENCE
               TO P.B.S.O. CASE 23-137203.
               ON 12/13/2023, I MADE CONTACT WITH THE VICTIM IVAN LATIMORE.  LATIMORE ADVISED
               HIS PROPERTY LOCATED AT 5555 GUN CLUB ROAD IS FULLY FENCED.  HE STATED IN THE
               CENTER OF THE PROPERTY ARE FOUR CARGO CONTAINERS ARRANGED TOGETHER THAT HE IS
               CONVERTING INTO A RESIDENCE.  LATIMORE STATED HE WILL COME AND GO FROM THE
               PROPERTY AND IT IS OFTEN UNATTENDED FOR DAYS AT A TIME.  LATIMORE ADVISED ON
               12/12/2023 HE NOTICED MULTIPLE ITEMS MISSING FROM THE PROPERTY.  LATIMORE
               STATED IN ADDITION TO THE ORIGINALLY REPORTED ITEMS HE WAS ALSO MISSING
               KITCHEN CABINETS $12,000, VIKING STOVES $7,695, QUARTZ COUNTER TOP $3,200, AND
               VANITY FOR BATHROOMS $12,000.  LATIMORE FURTHER STATED HE WAS MISSING A
               TRAILER PARKED IN THE FRONT OF THE PROPERTY.  LATIMORE HAS NOT PROVIDED ANY
               SERIAL NUMBERS FOR THE STOLEN ITEMS AT THIS TIME.  LATIMORE HAS NOT PROVIDED
               ANY PROOF OF OWNERSHIP OR DOCUMENTATION FOR REPORTED STOLEN TRAILER AT THIS
               TIME.  LATIMORE ALSO PROVIDED ME WITH A PHONE NUMBER FOR NEIGHBOR HE SAID HE
               KNOWS AS "CAT".  HE STATED "CAT" MAY HAVE SEEN SUSPICIOUS TRAFFIC ON HIS
               PROPERTY.  I EMAILED A LINK TO EVIDENCE.COM AND ADDITIONAL PHOTOGRAPHS OR
               REPORTED STOLEN ITEMS WERE UPLOADED.
               I ATTEMPTED TO CONTACT "CAT" AT THE PHONE NUMBER PROVIDED AND LEFT A
               VOICEMAIL.  AT THE TIME OF THIS REPORT, I HAVE NOT MADE CONTACT WITH "CAT".  I
               REVIEWED THE PHOTOGRAPHS UPLOADED BY LATIMORE.  A VIDEO SURVEILLANCE
               PHOTOGRAPH FROM THE PROPERTY SHOWS A RED SUV EXITING THE PROPERTY ON


                         EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32
```

```
LISTING PAGE      6 PALM BEACH COUNTY SHERIFF'S OFFICE          PAGE   2
  CASE NO. 23137203        SUPPLEMENT  1  OFFENSE REPORT          CASE NO. 23137203
***02/23/26***                        PRINT DATE 02/23/26   DISPOSITION: INACTIVE
```

12/10/2023 TIME STAMPED 0335 HOURS (ESTIMATED 1535 HOURS).  THE VEHICLE HAS
2X4 LUMBER VISIBLE IN THE REAR.  LATIMORE ADVISED THE VEHICLE WAS NOT ALLOWED
ON THE PROPERTY.  A NEED TO IDENTIFY (N.T.I.) WAS DISTRIBUTED WITH A
PHOTOGRAPH OF THE VEHICLE.
ON 12/27/2023, LATIMORE REPORTED A 2ND INCIDENT AT THE PROPERTY.  LATIMORE
REPORTED BETWEEN 12/21/2023-12/26/2023, GRAFFITI WAS SPRAY PAINTED ON THE
EXTERIOR OF THE CONTAINERS.  THE GRAFFITI WAS PAINTED WITHIN AN AREA NOT
VISIBLE FROM THE ROADWAY.
ON 1/5/2024, LATIMORE CONTACTED ME VIA TELEPHONE AND STATED HE JUST OBSERVED
SEVERAL SUBJECTS TRESPASSING ON HIS PROPERTY.  LATIMORE STATED THE SUBJECTS
WALKED ONTO HIS PROPERTY, TOOK SEVERAL PHOTOGRAPHS, AND LEFT.  HE STATED HE
WAS FOLLOWING ONE OF THE TWO VEHICLES PARKED IN FRONT OF THE LOT.  LATIMORE
STATED HE PHOTOGRAPHED THE SILVER FORD ESCAPE BEARING TEMPORARY TAG DKU3459.
I ADVISED LATIMORE TO STOP FOLLOWING THE VEHICLE.  LATIMORE CONTINUED TO
FOLLOW THE VEHICLE INTO BROWARD COUNTY.  LATIMORE STATED HE FOLLOWED THE
VEHICLE INTO A PARKING LOT IN TO AREA OF FORT LAUDERDALE, FL.  LATIMORE TOOK
SEVERAL MORE PHOTOGRAPHS WHICH WERE UPLOADED TO EVIDENCE.COM.
A RECORDS CHECK OF THE VEHICLE TEMPORARY TAG DKU3459 SHOWS NO CURRENT
REGISTRATION.
THIS CASE WILL REMAIN INACTIVE PENDING FURTHER INFORMATION.  THIS REPORT IS
FOR SUPPLEMENTAL PURPOSES.
DET. C. APPLE #24109.
COPIED AND PASTED 012524/KM
EMAILED 011924 AT 1326 HOURS

                        EXPORTED BY : Stanford, Sandra R #33970 ON APRIL 09, 2026 13:17:32