UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 25-15276-MAM
                                                                Chapter 7

IVAN NILES LATIMORE

        Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Motion to Compel Turnover of Insurance Proceeds* **[Dkt. No. 90]** and *Notice of Continued Hearing on Motion to Compel Turnover of Insurance Proceeds* **[Dkt. No. 93]** were served by U.S. Mail and/or E-Mail to the parties listed below in the manner and date stated.

Dated: April 20, 2026

                                        FURR COHEN
                                        *Attorneys for Trustee*
                                        2255 Glades Road, Suite 419A
                                        Boca Raton, Florida 33431
                                        Telephone: (561) 395-0500
                                        Facsimile: (561) 338-7532

                                        By: */s/ Jonathan T. Crane*
                                            Jonathan T. Crane, Esq.
                                            Florida Bar No.: 1039351
                                            Email: acrane@furrcohen.com

**Served via E-Mail on 04/08/2026:**

- CDG LLC (casadegreatness@gmail.com)

**Served via U.S. Mail:** All parties listed below were served on April 8, 2026.

Casa de Greatness                       Casa de Greatness
30 N. Gould St., Suite R                66 W. Flagler Street #9
Sheridan, WY 82801                      Miami, FL 33130