UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                      Case No. 25-15276-MAM
                                                                            Chapter 7
IVAN NILES LATIMORE

        Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Trustee's Expedited Objection to Debtor's Claimed Exemptions* **[Dkt. No. 96]** and *Notice of Hearing* **[Dkt. No. 98]** were served by CM/ECF and E-Mail to the parties listed below in the manner and date stated.

Dated: April 21, 2026

                                        FURR COHEN
                                        *Attorneys for Trustee*
                                        2255 Glades Road, Suite 419A
                                        Boca Raton, Florida 33431
                                        Telephone: (561) 395-0500
                                        Facsimile: (561) 338-7532

                                        By: */s/ Jonathan T. Crane*
                                            Jonathan T. Crane, Esq.
                                            Florida Bar No.: 1039351
                                            Email: acrane@furrcohen.com

**By Notice of Electronic Filing**: All parties registered with CM/ECF to receive electronic notice was served on April 20, 2026.

**Served via E-Mail on 04/21/2026:**

- Ivan Niles Latimore (showup33@icloud.com)
- CDG LLC (casadegreatness@gmail.com)