**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 25-15276 | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** | LATIMORE, IVAN NILES | **Date Filed (f) or Converted (c):** | 05/12/2025 (f) |
| **For the Period Ending:** | 03/31/2026 | **§341(a) Meeting Date:** | 06/12/2025 |
| | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 555 Gun Club Drive (u) | $600,000.00 | Unknown | | $0.00 | Unknown |
| 2 | 2022 Kia Telluride VIN: 5XYP34HC4NG262987 | Unknown | $0.00 | OA | $0.00 | FA |
| 3 | Electronics | $500.00 | Unknown | | $0.00 | Unknown |
| 4 | Collectibles | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Debtor listed N/A as value | | | | | |
| 5 | Equipment for sports and hobbiels | $600.00 | Unknown | | $0.00 | Unknown |
| 6 | Clothes | Unknown | Unknown | | $0.00 | Unknown |
| 7 | Jewelry | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Debtor scheduled not sure of value | | | | | |
| 8 | 2024 Tax Refund | $3,762.00 | Unknown | | $0.00 | Unknown |
| 9 | Items held in Public Storage (listed on SOFA and no value) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | NO VALUE SCHEDULED | | | | | |

**TOTALS (Excluding unknown value)**                        **Gross Value of Remaining Assets**

| $604,862.00 | $0.00 | | $0.00 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

04/30/2026    The Trustee, through counsel is investigating the debtor's assets and financial affairs.

03/31/2026    The Trustee employed Alan R. Crane, Esq. of Furr and Cohen, P.A. as counsel effective July 14, 2025; filed and obtained an Order sustaining her objection to the Debtor's claim of exemptions; obtained an Order compelling turnover of records and property of the estate; and obtained an extension of the deadline to file a § 727 complaint to November 9, 2025.

The Trustee commenced Adversary Proceeding No. 25-01271 against the Debtor objecting to discharge under § 727, gave notice of intent to abandon a 2022 Kia Telluride and items held in storage, and filed a Motion to Compel Turnover of Insurance Proceeds, which is set for hearing along with a renewed expedited objection to the Debtor's amended claim of exemptions.

Claims Bar Date requested.

Tax returns do not require filing at this time.

08/08/2025    Order entered on Objection to Exemption of the real property. The Trustee is investigating the value of the property located at 5555 Gun Club Road.

08/08/2025    Adversary case filed 25-01271

Page No:    2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 25-15276 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | LATIMORE, IVAN NILES | Date Filed (f) or Converted (c): | 05/12/2025 (f) |
| For the Period Ending: | 03/31/2026 | §341(a) Meeting Date: | 06/12/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | |
|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2027 | Current Projected Date Of Final Report (TFR): | | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
| | | | | NICOLE TESTA MEHDIPOUR, TRUSTEE |