U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
OCT - 7 2026
FILED RM RECEIVED

Telephone: 647-803-8811
Email: simahomebound@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

IVAN NILES LATIMORE,

Debtor.

Case No. 25-15276-MAM
Chapter 7

DEFENDANT/CLAIMANT SIMA G. FISHER'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM AND FOR PRESERVATION OF HER DOMESTIC SUPPORT CLAIM

Sima G Fisher ("Ms. Fisher"), appearing pro se and residing in Ontario, Canada, respectfully moves this Court for leave to file and have considered her Proof of Claim after expiration of the applicable claims deadline. In support, Ms. Fisher states:

## I. BACKGROUND

1. Ms. Fisher is the recipient of a final child support order issued by the Ontario Court of Justice on August 2 2023, in Court File No. DRO-18-15671.

2 The Ontario support order requires Ivan Niles Latimore to pay child support of C$958 per month commencing August 1. 2023. together with provisions concerning arrears and applicable interest.
3. The order provides for enforcement through Ontario's Family Responsibility Office ("FRO"), unless enforcement is withdrawn.
4. Mr. Latimore has not made the required child support payments to Ms. Fisher.
5. FRO is presently administering and enforcing the support obligation.
6. The FRO Case Balance Summary dated August 28, 2026 identifies support arrears of C$88,757.49 and interest of C$2,472.36, for a support-order balance of C$91,229.85.
7. The FRO records also identify a separate receipt adjustment of C$4,168.51. Ms Fisher does not characterize that separate receipt adjustment as additional child support presently owed.
8. The underlying support obligation is denominated in Canadian dollars. Any conversion to U.S. dollars is for comparison only and does not alter the underlying Canadian-dollar obligation.

## II. THE PROOF OF CLAIM IS BEING FILED AFTER THE CLAIMS DEADLINE

9. Ms. Fisher respectfully acknowledges that she did not file a Proof of Claim by the applicable deadline.
10 Ms. Fisher sincerely apologizes to the Court for the late filing.
11. Ms. Fisher is a Canadian resident proceeding without counsel in a complex cross-border bankruptcy matter involving an Ontario support order, Ontario's Family Responsibility Office, reciprocal enforcement proceedings, and a United States bankruptcy estate.
12. When the claims deadline was approaching, Ms. Fisher was still attempting to obtain. organize. and verify the documentation necessary to substantiate her domestic support obligation for presentation to this Court.
13. Ms. Fisher did not at that time have the complete documentation that she now has concerning the underlying Ontario order, the FRO balance. and reciprocal enforcement.
14. Ms. Fisher has now obtained and assembled the principal documentation necessary to substantiate the claim.
15. Ms. Fisher has previously provided, or referenced in the related adversary proceeding documentation concerning the Ontario support order and FRO enforcement.
16. Ms. Fisher is therefore coming before the Court promptly after obtaining the documentation necessary to present the claim in a documented and verifiable manner
17. Ms. Fisher does not intend to disregard the Court's claims deadline or any applicable bankruptcy rule. She respectfully asks the Court to consider the circumstances of the late filing and to permit the claim to be filed and considered to the extent permitted by law.

## III. THE CLAIM IS BASED UPON A DOCUMENTED COURT ORDER

18. Ms. Fisher's claim is based upon a final Ontario Court of Justice support order and is not merely an informal or unsupported demand for payment.

19. The Ontario order establishes the underlying child support obligation.
20. The FRO records provide evidence concerning the outstanding arrears and interest and the administration of the obligation.
21. Ms. Fisher has also received correspondence concerning reciprocal enforcement of the Ontario support obligation.
22. Ms. Fisher respectfully requests that the Court permit the accompanying Proof of Claim and supporting documentation to be considered in determining the treatment of her domestic support claim.

## IV. THE CLAIM SHOULD BE PRESERVED PENDING DETERMINATION

23. The Trustee's adversary proceeding concerns approximately US$162,064.71 in foreclosure-surplus funds.
24. The Court previously entered an Agreed Order Establishing Preliminary Injunction on June 30, 2026, ECF No. 19, restricting distribution of the funds except as authorized by further order.
25. Ms. Fisher's related Supplemental Motion addresses preservation and adjudication of her domestic support obligation and the surplus funds.
26. Ms. Fisher does not ask the Court to determine through this motion that she is entitled to the entire surplus.
27. Rather, she respectfully asks that the existence of her documented domestic support claim not be prejudiced solely because the Proof of Claim was not filed by the original deadline.
28. Ms. Fisher asks the Court to preserve her ability to have the claim considered and to determine the appropriate allowance, amount, classification, and priority under the Bankruptcy Code and applicable law.

## V. AMOUNT OF CLAIM

29. Ms. Fisher's underlying obligation is stated in Canadian dollars.
30. The current FRO records identify C$91,229.85 as the support-order balance as of August 28, 2026, consisting of C$88,757.49 in support arrears and C$2,472.36 in interest.
31. That August 28, 2026 balance should not automatically be treated as the precise prepetition amount of the bankruptcy claim because the bankruptcy petition was filed on May 12, 2025.
32. Ms. Fisher therefore requests that the claim be determined based upon the appropriate bankruptcy petition-date amount, together with any amounts that may be legally allowable under applicable bankruptcy law.
33. Ms. Fisher has identified an apparent FRO running balance of approximately C$81,028.36 as of May 1, 2025. She presents that figure as an apparent prepetition balance only and does not ask the Court to treat it as a final adjudicated amount without verification of the underlying FRO ledger.

34. Ms. Fisher will provide the underlying FRO documentation and any additional information necessary for the Court. Trustee. or other interested party to determine the appropriate amount.

## VI. REQUEST FOR RELIEF

WHEREFORE. Sima G. Fisher respectfully requests that the Court:

A. Grant leave for Ms. Fisher to file the accompanying Proof of Claim after expiration of the applicable claims deadline. to the extent permitted by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure. and Local Rules;

B. Permit the Proof of Claim and supporting documentation to be filed and considered in the bankruptcy case;

C. Alternatively, if the Court determines that a different procedure or additional showing is required. permit Ms. Fisher to proceed under such procedure;

D. Preserve Ms. Fisher's ability to seek allowance and determination of her documented domestic support claim:

E. Permit determination of the appropriate amount, classification, treatment. and priority of the claim, including consideration of the Ontario support order and FRO records;

F. Permit Ms. Fisher to supplement the record with additional FRO or reciprocal-enforcement documentation if necessary;

G. Consider Ms. Fisher's pro se status, Canadian residence, the cross-border nature of the support obligation. and her efforts to obtain the documentation necessary to substantiate the claim;

H. Continue preservation of the surplus funds pursuant to the Court's existing orders while the competing interests are appropriately determined; and

I. Grant such other and further relief as the Court determines appropriate.

Respectfully submitted.

Dated: Sept 26, 2026

Sima G. Fisher
Claimant / Defendant, Pro Se
Toronto. Ontario. Canada

Official Form 410 — Proof of Claim 12/24

Fill in this information to identify the case:

| | |
|---|---|
| **Debtor 1** | IVAN NILES LAT MORE |
| **Debtor 2 (Spouse, if filing)** | N A |
| **United States Bankruptcy Court for the:** | Southern District of Florida |
| **District / Division** | West Palm Beach Division |
| **Case number** | 25-15276-MAM |

## Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | **SIMA G. FISHER**<br>Other names used with debtor: None |
| **2. Acquired from someone else?** | ■ No ■ Yes |
| **3. Notices and payments** | **Sima G. Fisher**<br>57 Gunn Avenue<br>Cambridge, Ontario N3C 3V8, Canada<br>Phone: 647-803-8811<br>Email: simahomebound@gmail.com<br><br>**Payments if different:** Same address, unless the Court directs payment through FRO or another lawful enforcement mechanism |
| **4. Amends an earlier claim?** | ■ No ■ Yes |
| **5. Anyone else filed a claim for this claim?** | ■ No ■ Yes |

Sept 26, 2026

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Number used to identify debtor?** | ■ No<br>FRO case number is an enforcement identifier, not a debtor account number. |
| **7. How much is the claim?** | **US $58,218.88**<br>Prepetition support-order balance converted from C$81,028.36 at 0.7185 USD/CAD for purposes of this claim. The underlying obligation remains stated in Canadian dollars. Does not include estimated future support through December 2030 or postpetition accruals. |
| **8. Basis of claim** | **Domestic support obligation / child support.**<br>Ontario Court of Justice final support order dated August 2, 2023, requiring Ivan Niles Latimore to pay C$958 per month and providing for enforcement through Ontario FRO. FRO records establish the support arrears and interest. Supporting documents are attached separately. |
| **9. Secured?** | ■ No — unsecured domestic support obligation. |
| **10. Based on a lease?** | ■ No |
| **11. Subject to setoff?** | ■ No |
| **12. Priority under 11 U.S.C. § 507(a)?** | ■ Yes — domestic support obligation under 11 U.S.C. § 507(a)(1)<br>**Amount entitled to priority: US $58,218.88** |

**Scope:** This Proof of Claim is limited to the prepetition domestic-support obligation. It does not assert automatic ownership of the foreclosure-surplus funds and does not include estimated future support.



## Part 3: Sign Below

The person completing this proof of claim must sign and date it and declares under penalty of perjury that the information is true and correct

| | |
|---|---|
| ■ **I am the creditor.** | ■ Attorney authorized agent |
| **Executed on:** ________<br>MM / DD / YYYY | **Signature:** ________ |
| **Name:** Sima G. Fisher | **Title:** Creditor Pro Se |
| **Company:** N A | **Address:** 57 Gunn Avenue |
| **City / Province / Postal Code:** Cambridge. Ontario N3C 3V8 Canada | **Phone:** 647-803-8811 |
| **Email:** simahomebound@gmail.com | |

## Supporting documents to attach

1 Redacted Ontario Court of Justice Final Support Order dated August 2 2023

2 FRO case balance documentation. including the August 28. 2026 statement showing C$88 757 49 support arrears and C$2 472 36 interest (C$91 229.85 under the support order)

3 FRO confirmation regarding the July 22 2026 interjurisdictional Hague enforcement package sent to Florida and acknowledged as received July 27 2026

4 Claim-calculation sheet explaining the CAD-to-USD conversion and prepetition limitation

Prepared for Sima G. Fisher pro se creditor. Confirm the current filing deadline and claims-filing procedure before filing

Sima Fisher Sept 26 2026

Telephone: 647-803-8811
Email: sima@simafisher.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

**IVAN NILES LATIMORE,**
Debtor.

Case No. 25-15276-MAM
Chapter 7

# ATTACHMENT EXPLAINING THE CALCULATION OF THE CLAIM

**Claimant:** Sima G. Fisher
**Debtor:** Ivan Niles Latimore
**Ontario Court File:** DRO-18-15671
**FRO Case:** 1097795
**Bankruptcy Petition Date:** May 12. 2025
**Claim Amount: C$81,028.36**

# I. BASIS OF THE CLAIM

The claim arises from an Ontario child-support order issued by the Ontario Court of Justice on **August 2, 2023**. Court File No **DRO-18-15671**.

The Ontario order requires Ivan Niles Latimore to pay child support of **C$958.00 per month**, commencing August 1. 2023. The order also recognized existing support arrears and provided for enforcement through the **Family Responsibility Office ("FRO")**.

The support obligation is being enforced and recorded through the Ontario FRO, and the amount claimed in this bankruptcy is based on the FRO's records of the support obligation and accrued balance.

# II. AMOUNT CLAIMED AS OF THE BANKRUPTCY PETITION DATE

The bankruptcy petition was filed on **May 12, 2025**.

The FRO records show the following components of the support balance applicable to the prepetition period:

| Component | Amount |
|---|---|
| Existing support arrears | C$57.480.00 |
| Interest recorded by FRO | C$2,472.36 |
| Accrued monthly support through April 1, 2025 | C$20.118.00 |
| Monthly support accrued May 1. 2025 | C$958.00 |
| **Total claim** | **C$81,028.36** |

The calculation is:

**C$57,480.00**

- **C$2,472.36**
- **C$20,118.00**
- **C$958.00**
  = **C$81,028.36**

Accordingly, the amount of the claim asserted on Official Form B410 is:

# C$81,028.36

## III. PREPETITION NATURE OF THE CLAIM

The C$81,028.36 amount is intended to represent the support obligation that had accrued **on or before the May 12, 2025 bankruptcy petition date**.

The May 1, 2025 monthly support installment of C$958.00 is included because it accrued before the bankruptcy petition date.

Monthly support installments accruing after the petition date are **not included in the C$81,028.36 claim amount**.

The claimant does not seek to duplicate or separately add the interest already included in the FRO balance used to calculate the claim.

## IV. SEPARATE FRO RECEIPT ADJUSTMENT

The FRO's later **August 28, 2026 Case Balance Summary / Schedule A** reflects a separate amount of **C$4,168.51** relating to a receipt/adjustment.

That amount is **not treated as an additional child-support obligation** and is therefore not added to the C$81,028.36 claim.

The later FRO balance also reflects support and interest that continued to accrue after the bankruptcy petition date. Those later amounts are not included in the C$81,028.36 prepetition claim asserted on Official Form B410.

## V. SUPPORTING DOCUMENTATION

The calculation is supported by the following documents submitted with the Proof of Claim and Motion for Leave to File Late Proof of Claim:

1. **Ontario Court of Justice Support Order dated August 2, 2023**. Court File No DRO-18-15671:
2. **Family Responsibility Office Case Balance Summary / Schedule A** for FRO Case No. 1097795;
3. **FRO correspondence concerning the support balance and interjurisdictional enforcement**; and
4. **Reciprocal-enforcement correspondence** concerning transmission of the Ontario support matter for enforcement in the United States.

These documents are provided to establish the underlying support obligation. the FRO-administered balance. and the basis for the amount claimed.

# VI. CLAIM AMOUNT

For purposes of the Proof of Claim filed in this bankruptcy case, the claimant asserts:

**Prepetition child-support claim: C$81,028.36**

The claimant reserves and does not waive any rights concerning support obligations. interest. or other amounts that accrued after the bankruptcy petition date. including amounts reflected in subsequent FRO records. Such postpetition amounts are not included in the C$81,028.36 amount asserted on the present Proof of Claim.

The claimant submits this calculation to assist the Court and the Chapter 7 Trustee in determining the amount and nature of the claim.

Respectfully submitted,

Dated: Sept 26, 2026

**Sima G. Fisher**
Claimant / Defendant. Pro Se
57 Gunn Ave.
Cambridge. Ontario N3C 3V8
Canada
Telephone: 647-803-8811
Email: simahomebound@gmail.com

ONTARIO SEAL — ONTARIO COURT OF JUSTICE — TORONTO

Ontario Court of Justice
*(Name of Court)*

at 311 Jarvis St. Toronto ON M5B 2C4
*(Court Office Address)*

DRO-18-15671

**Form 25: Order (general)**

Temporary

X Final

M. Pawagi
*Judge (Print or type name)*

August 2, 2023
*Date of order*

**Applicant(s)**

| *Full legal name & address for service, street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* | *Lawyer's name & address, street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* |
|---|---|
| Sima Fisher<br>c/o counsel | Lisa Allegro<br>McCarthy Hansen & Company LLP<br>165 Avenue Road, Suite 201<br>Toronto, ON M5R 3S4<br>Tel. (647) 725-0666<br>Fax (416) 862-9001<br>lallegro@mccarthyco.ca |

**Respondent(s)**

| *Full legal name & address for service, street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any).* | *Lawyer's name & address, street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* |
|---|---|
| Ivan Niles Latimore<br>621 South Barrington Avenue<br>Los Angeles, California 90049<br>racco33@icloud.com | Self-Represented |

X This order is made pursuant to provincial legislation only

The court heard an uncontested trial made by *(name of person or persons)*

Sima Fisher, Applicant

The following persons were in court *(names of parties and lawyers in court)*

Sima Fisher, Applicant, and her counsel, Lisa Allegro

The court received evidence and heard submissions on behalf of *(name or names)*

Sima Fisher

~~**PURSUANT TO THE DIVORCE ACT (CANADA), THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*~~

~~**PURSUANT TO THE CHILDREN'S LAW REFORM ACT AND THE FAMILY LAW ACT, THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*~~

**PURSUANT TO THE FAMILY LAW ACT, THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*

1 Commencing August 1, 2023 and continuing on the first day of each month that follows, the Minor Respondent, Ivan Latimore, shall pay child support to the Applicant, Sima Fisher, for [redacted] Latimore, born December 29, 2012 ("child") in the amount of $958 per month, in accordance with the Tables under the *Child Support Guidelines* based on the Respondent's imputed annual income of $106,000.

2. As of August 1, 2023, the support arrears owed to the Applicant, Sima Fisher, by the Respondent, Ivan Latimore, are fixed in the amount of $57,480.

3. The Respondent, Ivan Latimore, shall pay to the Applicant, Sima Fisher, a lump sum of $13,000 on or before August 1, 2023 on account of the support arrears. Thereafter, the Respondent, Ivan Latimore, shall pay to the Applicant, Sima Fisher, $2,500 per month commencing September 1, 2023 and continuing on the first day of each month that follows until the arrears are paid in full.

4. Unless the order is withdrawn from the office of the Director, Family Responsibility Office, it shall be enforced by the Director, and amounts owing under the order shall be paid to the Director, who shall pay them to the person to whom they are owed.

5. This order bears interest at the post-judgment interest rate of 3 per cent per year effective from the date of this order. A payment in default bears interest only from the date of default.

**THIS COURT ORDERS THAT:** *(specify legislation where applicable)*

6. The Respondent shall pay the Applicant's cost of the motion in the amount of $4,000.

August 2, 2023
*Date of signature*

*Signature of judge or clerk of the court*

Justice M.B. Pawagi

COURT OF JUSTICE ONTARIO SEAL TORONTO

M Pawagi
*Judge (Print or type name)*
August 2 2023
*Date of order*

Ontario Court of Justice
*(Name of court)*
at 311 Jarvis St Toronto ON M5B 2C4
*(Court Office Address)*

DRO-18-15671

**Form 25: Order (general)**
Temporary
X Final

**Applicant(s)**

*Full legal name & address for service: street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)*
Sima Fisher
c/o counsel

*Lawyer's name & address: street number, municipality, postal code, telephone & fax numbers & e-mail address (if any)*
Lisa Allegro
McCarthy Hansen & Company LLP
601-1133 Yonge Street
Toronto, ON M4T 2Y7
Tel (647) 725-0666
Fax (416) 862-9001
lallegro@mccarthyco ca

**Respondent(s)**

*Full legal name & address for service: street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)*
Ivan Niles Latimore
621 South Barrington Avenue
Los Angeles, California, 90049
racco33@icloud com

*Lawyer's name & address: street number, municipality, postal code, telephone & fax numbers & e-mail address (if any)*
Self-Represented

X This order is made pursuant to provincial legislation only

The court heard a motion made by *(name of person or persons)*
Sima Fisher Applicant

The following persons were in court *(names of parties and lawyers in court)*
Sima Fisher Applicant and her counsel Lisa Allegro

The court received evidence and heard submissions on behalf of *(name or names)*
Sima Fisher

~~**PURSUANT TO THE DIVORCE ACT (CANADA), THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*~~

**PURSUANT TO THE CHILDREN'S LAW REFORM ACT AND THE FAMILY LAW ACT, THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*

Mirachild 12/29/20[illegible] ML

1 The Respondent shall have FaceTime/telephone access with the child [redacted] born December 29 2012 ("child") every Wednesday and Sunday between 6:00 p.m to 6 30 p m

2 If the Respondent misses his FaceTime/telephone access with the child in paragraph 1 he shall be entitled to one make-up FaceTime/telephone access the next day between 6 00 p m to 6 30 p m

3 The Applicant shall be permitted to travel out of Ontario and internationally with the child without the consent or signature of the Respondent

4 On consent, the Applicant shall be permitted to apply for any Canadian government identification including but not limited to the child's Canadian passport, Nexus card or health card without the consent or signature of the Respondent

5. On consent, the Applicant shall be permitted to apply for the child's U.S. passport, or its renewal, and any U.S. government identification, without the consent or signature of the Respondent.

~~**PURSUANT TO THE FAMILY LAW ACT, THIS COURT ORDERS THAT:**~~ *(if not applicable, cross out this line)*

**THIS COURT ORDERS THAT:** *(specify legislation, where applicable)*

6. The Respondent shall pay the Applicant's cost of the motion in the amount of $4 000.

August 2, 2023
*Date of signature*

*Signature of judge or clerk of the court*

Justice M.B. Pawagi

SEAL
ONTARIO COURT OF JUSTICE
TORONTO

Ontario Court of Justice
*Name of Court*
at 311 Jarvis St Toronto ON M5B 2C4
*Court Office Address*

DRO-18-15671

**Form 25: Order (general)**
Temporary
X Final

M Pawagi
*Judge (Print or type name)*
August 2, 2023
*Date of order*

**Applicant(s)**

| *Full legal name & address for service: street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* | *Lawyer's name & address: street number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* |
|---|---|
| Sima Fisher<br>c/o counsel | Lisa Allegro<br>McCarthy Hansen & Company LLP<br>601-1133 Yonge Street<br>Toronto, ON M4T 2Y7<br>Tel: (647) 725-0666<br>Fax: (416) 862-9001<br>lallegro@mccarthyco.ca |

**Respondent(s)**

| *Full legal name & address for service: street & number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* | *Lawyer's name & address: street number, municipality, postal code, telephone & fax numbers & e-mail address (if any)* |
|---|---|
| Ivan Niles Latimore<br>621 South Barrington Avenue<br>Los Angeles, California, 90049<br>racco33@icloud.com | Self-Represented |

X This order is made pursuant to provincial legislation only

The court heard a motion made by *(name of person or persons)*
Court re contempt of court

The following persons were in court *(names of parties and lawyers in court)*
Sima Fisher, Applicant, and her counsel, Lisa Allegro

The court received evidence and heard submissions on behalf of *(name or names)*
Sima Fisher and Ivan Latimore on May 31, 2023

~~**PURSUANT TO THE DIVORCE ACT (CANADA), THIS COURT ORDERS THAT:**~~ *(if not applicable, cross out this line)*

**PURSUANT TO THE CHILDREN'S LAW REFORM ACT AND THE FAMILY LAW ACT, THIS COURT ORDERS THAT:** *(if not applicable, cross out this line)*

1. The Respondent, having been found to be in contempt of court on April 26, 2022 by Justice B. Scully shall be sentenced to pay a fine of $2,000 to be paid to any registered Canadian charity. Until charitable receipt confirming same is filed with this court, the Respondent shall not be permitted to file any other documents in this court.

August 2, 2023
*Date of signature*

*Signature of judge or clerk of the court*
Justice M.B. Pawagi

Ministry of Children, Community and Social Services
Family Responsibility Office
www.ontario.ca/FRO

Case Number: 1097795
Payor Name: IVAN NILES LATIMORE
Recipient Name: SIMA FISHER

## Case Balance Summary as of 28-08-2026 at 09:07:25

| | |
|---|---|
| **Balance Owed under Support Order:** | |
| Support Arrears | $88,757.49 |
| Interest | $2,472.36 |
| Court Costs | $0.00 |
| **Balance Owed under Support Order[1]:** | **$91,229.85** |
| | |
| **Adjustment Credit[2]:** | **$0.00** |
| | |
| **Balance Owed to FRO:** | |
| Court Costs | $0.00 |
| Receipt Adjustments[3] | $4,168.51 |
| Fees | $0.00 |
| **Balance Owed to FRO:** | **$4,168.51** |
| | |
| **Case Net Balance[4]:** | **$95,398.36** |

[1]To obtain information whether the support order was assigned, please contact MCCSS Confirmation of Assignment Unit (Form 006-3006E). Fax: 1-800-772-6836
[2]Adjustment credit occurs when a financial adjustment results in an overpayment to Recipient or Assignee. It will be applied towards future case obligations owed to Recipient or Assignee only
[3]Receipt adjustment is completed for returned non-negotiable item or misapplied receipt
[4]If Adjustment Credit is shown on a case, it will not be applied to balance owed to FRO

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

SCHEDULE A

**Date:** 28/08/2026 09:07:25
**Case:** 1097795

**Payor:** IVAN NILES LATIMORE
**Recipient:** SIMA FISHER

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/01/2024 | 19318542 | 01/01/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 958.00 |
| 01/01/2024 | BNK1316670210607-019-259 | | RECEIPT | 0.00 | -937.61 | 20.39 |
| 01/01/2024 | BNK3316190210630-008-799 | | RECEIPT | 0.00 | -20.39 | 0.00 |
| 03/01/2024 | 19367548 | 01/08/2023 | ADJ SOA SR | 958.00 | 0.00 | 958.00 |
| 03/01/2024 | 19367552 | 01/09/2023 | ADJ SOA SR | 958.00 | 0.00 | 1,916.00 |
| 03/01/2024 | 19367551 | 01/10/2023 | ADJ SOA SR | 958.00 | 0.00 | 2,874.00 |
| 03/01/2024 | 19367550 | 01/11/2023 | ADJ SOA SR | 958.00 | 0.00 | 3,832.00 |
| 03/01/2024 | 19367549 | 01/12/2023 | ADJ SOA SR | 958.00 | 0.00 | 4,790.00 |
| 03/01/2024 | BNK3316190210630-008-799 | | RECEIPT | 0.00 | -858.56 | 3,931.44 |
| 03/01/2024 | BNK3316190210630-009-800 | | RECEIPT | 0.00 | -1,045.41 | 2,886.03 |
| 03/01/2024 | BNK2312390210713-006-42 | | RECEIPT | 0.00 | -860.67 | 2,025.36 |
| 03/01/2024 | BNK3325540210818-018-1107 | | RECEIPT | 0.00 | -445.87 | 1,579.49 |
| 01/02/2024 | 19427183 | 01/02/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 2,537.49 |
| 01/02/2024 | BNK1316670210607-019-259 | | ADJ RECEIPT | 937.61 | 0.00 | 3,475.10 |
| 01/02/2024 | BNK3316190210630-008-799 | | ADJ RECEIPT | 878.95 | 0.00 | 4,354.05 |
| 01/02/2024 | BNK3316190210630-009-800 | | ADJ RECEIPT | 1,045.41 | 0.00 | 5,399.46 |
| 01/02/2024 | BNK2312390210713-006-42 | | ADJ RECEIPT | 860.67 | 0.00 | 6,260.13 |
| 01/02/2024 | BNK3325540210818-018-1107 | | ADJ RECEIPT | 445.87 | 0.00 | 6,706.00 |
| 01/02/2024 | 49037 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -336.51 | 6,369.49 |
| 01/02/2024 | 49038 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -109.36 | 6,260.13 |
| 01/02/2024 | 49051 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -848.64 | 5,411.49 |
| 01/02/2024 | 49052 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -12.03 | 5,399.46 |
| 01/02/2024 | 49053 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -945.97 | 4,453.49 |
| 01/02/2024 | 49054 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -99.44 | 4,354.05 |
| 01/02/2024 | 49039 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -858.56 | 3,495.49 |
| 01/02/2024 | 49040 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -20.39 | 3,475.10 |
| 01/02/2024 | 49041 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -937.61 | 2,537.49 |
| 01/02/2024 | 19367552-RNN_33790 | 01/02/2024 | ADJ RECEIPT DUE | 445.87 | 0.00 | 2,983.36 |
| 01/02/2024 | 19367551-RNN_33771 | 01/02/2024 | ADJ RECEIPT DUE | 860.67 | 0.00 | 3,844.03 |
| 01/02/2024 | 19367550-RNN_33772 | 01/02/2024 | ADJ RECEIPT DUE | 1,045.41 | 0.00 | 4,889.44 |
| 01/02/2024 | 19367549-RNN_33791 | 01/02/2024 | ADJ RECEIPT DUE | 878.95 | 0.00 | 5,768.39 |
| 01/02/2024 | 19318542-RNN_33792 | 01/02/2024 | ADJ RECEIPT DUE | 937.61 | 0.00 | 6,706.00 |
| 01/03/2024 | 19539310 | 01/03/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 7,664.00 |
| 01/04/2024 | 19669145 | 01/04/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 8,622.00 |
| 01/05/2024 | 19767331 | 01/05/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 9,580.00 |
| 01/06/2024 | 19841218 | 01/06/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 10,538.00 |
| 01/07/2024 | 19958372 | 01/07/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 11,496.00 |
| 01/08/2024 | 20072509 | 01/08/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 12,454.00 |
| 01/09/2024 | 20180489 | 01/09/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 13,412.00 |
| 01/10/2024 | 20324836 | 01/10/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 14,370.00 |

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

SCHEDULE A

**Date:** 28/08/2026 09:07:25
**Case:** 1097795

**Payor:** IVAN NILES LATIMORE
**Recipient:** SIMA FISHER

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/11/2024 | 20382513 | 01/11/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 15,328.00 |
| 01/12/2024 | 20534016 | 01/12/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 16,286.00 |
| 03/12/2024 | 20547398 | 01/08/2023 | ADJ SOA SR | 57,480.00 | 0.00 | 73,766.00 |
| 03/12/2024 | 20547456 | 06/11/2024 | ADJ SOA SR INT | 2,472.36 | 0.00 | 76,238.36 |
| 01/01/2025 | 20639498 | 01/01/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 77,196.36 |
| 01/02/2025 | 20725929 | 01/02/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 78,154.36 |
| 01/03/2025 | 20842364 | 01/03/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 79,112.36 |
| 01/04/2025 | 20934183 | 01/04/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 80,070.36 |
| 01/05/2025 | 21041657 | 01/05/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 81,028.36 |
| 01/06/2025 | 21129289 | 01/06/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 81,986.36 |
| 01/07/2025 | 21257686 | 01/07/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 82,944.36 |
| 01/08/2025 | 21359562 | 01/08/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 83,902.36 |
| 01/09/2025 | 21428214 | 01/09/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 84,860.36 |
| 01/10/2025 | 21537697 | 01/10/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 85,818.36 |
| 01/11/2025 | 21601125 | 01/11/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 86,776.36 |
| 01/12/2025 | 21704644 | 01/12/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 87,734.36 |
| 01/01/2026 | 21805630 | 01/01/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 88,692.36 |
| 01/02/2026 | 21910475 | 01/02/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 89,650.36 |
| 01/03/2026 | 22020636 | 01/03/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 90,608.36 |
| 01/04/2026 | 22151563 | 01/04/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 91,566.36 |
| 01/05/2026 | 22217836 | 01/05/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 92,524.36 |
| 01/06/2026 | 22328908 | 01/06/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 93,482.36 |
| 01/07/2026 | 22413985 | 01/07/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 94,440.36 |
| 01/08/2026 | 22464293 | 01/08/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 95,398.36 |

Current credit balance due to adjustment = $0.00

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

**Ministry of Children, Community and Social Services**

Family Responsibility Office
PO BOX 200 STN A
OSHAWA ON L1H 0C5

Tel.: 1 800 267-7263 (Automated info)
Tel.: 416 326-1818 (Automated, GTA)
Tel.: 1 800 267-4330 (Agent)
Tel.: 416 326-1817 (Agent, GTA)
Fax: 416 240-2401 www.ontario.ca/FRO

**Ministère des Services à l'enfance et des Services sociaux et communautaires**

Bureau des obligations familiales
CP 200 SUCC A
OSHAWA ON L1H 0C5

Tél.: 1 800 267-7263 (Information automatisée)
Tél.: 416 326-1818 (Automatisée, RGT)
Tél.: 1 800 267-4330 (Préposé)
Tél.: 416 326-1817 (Préposée pour la RGT)
Téléc.: 416 240-2401 www.ontario.ca/BOF

Ontario

August 31, 2026

SIMA FISHER
[redacted]
TORONTO ON [redacted]
CANADA

Dear Sima Fisher:

**Re: FRO Case Number: 1097795**

---

This letter is to confirm the current status of the interjurisdictional enforcement process for the above-noted case.

On July 22, 2026, the Family Responsibility Office (FRO) sent a Hague Convention Application package to the reciprocating jurisdiction in Florida, United States to register the Ontario court order for enforcement of the child support obligations.

On July 27, 2026, FRO received acknowledgment from the reciprocating jurisdiction confirming that the registration package had been received.

The registration process is handled by the reciprocating jurisdiction in accordance with its applicable procedures. The estimated processing time for the Ontario order to be registered in their jurisdiction is approximately 8 to 12 months.

Once the registration process is completed, the reciprocating will be in a position to proceed with enforcement of the support order in accordance with its laws and procedures.

This letter is being provided at the request of the support recipient for her information.

If you have any questions, call 416-326-1817 or toll free 1-800-267-4330. Please have the seven-digit FRO case number ready so that we may better assist you. For more information visit our website at www.ontario.ca/FRO

Yours Truly,

Maria/4921
Family Responsibility Office

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

IVAN NILES LATIMORE.

Debtor.

Case No. 25-15276-MAM
Chapter 7

ORDER ON CLAIMANT SIMA G. FISHER'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM AND FOR PRESERVATION OF HER DOMESTIC SUPPORT CLAIM

THIS MATTER came before the Court upon Defendant/Claimant Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of Her Domestic Support Claim.

Upon consideration of the Motion. the record. and applicable law. it is

ORDERED AND ADJUDGED:

1. The Motion is GRANTED IN PART to the extent provided in this Order.
2. Claimant Sima G. Fisher is permitted to file a Proof of Claim in this Chapter 7 case after expiration of the applicable claims deadline, subject to the Court's determination of the legal effect, allowance, amount, classification, treatment, and priority of the claim.
3. The Court makes no present determination that the late-filed claim is allowable or entitled to a distribution. Those issues are reserved for determination under the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and applicable law.
4. The Court recognizes that the asserted claim arises from an August 2, 2023 support order of the Ontario Court of Justice in Court File No. DRO-18-15671.
5. The Court makes no determination in this Order concerning the ultimate duration or termination of the Ontario support obligation.
6. The Court may consider the Ontario support order, Family Responsibility Office records, reciprocal-enforcement documentation, and other competent supporting documentation in determining the claim.
7. The Court makes no present determination that the August 28, 2026 FRO balance of C$91,229.85 constitutes the precise amount of the allowed bankruptcy claim.
8. The Court makes no present determination concerning the precise petition-date amount of the claim, including the apparent FRO balance identified by Claimant as approximately C$81,028.36 as of May 1, 2025.
9. Claimant may supplement the record with additional FRO records or reciprocal-enforcement documentation as necessary.
10. Nothing in this Order determines that Claimant is entitled to the entire approximately US$162,064.71 in foreclosure-surplus funds that are the subject of the related adversary proceeding.
11. The existing preservation orders concerning the surplus funds remain in effect according to their terms unless modified by further order of the Court.
12. Nothing in this Order modifies the Ontario support order or determines the ultimate duration. termination. or modification of the Ontario support obligation.
13. The Court retains jurisdiction to determine the appropriate treatment of the claim under applicable bankruptcy law.

DONE AND ORDERED in the Southern District of Florida, West Palm Beach Division, this ____ day of __________________, 2026.

HON. MINDY A. MORA
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

**IVAN NILES LATIMORE,**
Debtor.

Case No. 25-15276-MAM
Chapter 7

**NICOLE MEHDIPOUR,**
Plaintiff.

v.

**CASA DE GREATNESS LLC; CLERK OF CIRCUIT COURT & COMPTROLLER OF PALM BEACH COUNTY c/o MIKE CARUSO; SIMA G. FISHER; BARRETT-JACKSON AUCTION COMPANY, LLC; DAVID LAWRENCE ARCHITECTURE INC.; LAKEVIEW LOAN SERVICING, LLC; and FERRARI FINANCIAL SERVICES INC.,**

Defendants.

Adversary Proceeding No. 26-01173-MAM

# CERTIFICATE OF SERVICE

I, **Sima G. Fisher**, Defendant and appearing **pro se**, hereby certify that on Sept 26, 2026, I served a true and correct copy of the following documents:

1. **Motion for Leave to File Late Proof of Claim**;
2. **Official Form B410 — Proof of Claim**, in the amount of **C$81,028.36**;
3. **Attachment Explaining the Calculation of the Claim**;
4. **Ontario Support Order**;
5. **FRO Case Balance Summary / Schedule A**;
6. **Reciprocal-Enforcement Correspondence**;
7. **Proposed Order**; and
8. **Certificate of Service**.

Service was made from Ontario, Canada, by **Canada Post** to the applicable mailing addresses listed below. Where a valid email address for counsel was available, I also served the documents by **electronic mail (email)**.

# I. SERVICE BY CM/ECF / ELECTRONIC SERVICE

The following registered participants were served electronically through the Court's CM/ECF system:

**Alan R. Crane, Esq.**
Counsel for Plaintiff Nicole Testa Mehdipour. Chapter 7 Trustee
GrayRobinson
2255 Glades Road. Suite 301E
Boca Raton, FL 33431
Email: **alan.crane@gray-robinson.com**

**Collin D. Jackson, Esq.**
Counsel for Defendant Clerk of the Circuit Court & Comptroller of Palm Beach County / Mike Caruso
301 N. Olive Avenue, 9th Floor
West Palm Beach, FL 33401
Email: **cdjackson@mypalmbeachclerk.com**

**Jason A. Weber, Esq.**
Counsel for Defendant Lakeview Loan Servicing, LLC
1201 S. Orlando Avenue, Suite 430
Winter Park, FL 32789
Email: **jaw@tblaw.com**

# II. SERVICE BY MAIL

A true and correct copy of the foregoing documents was served by mail upon the following defendants appearing **pro se**:

**Casa De Greatness LLC**
Attn: Joanna Mirodias. CEO
66 W. Flagler Street, Floor 9
Miami. FL 33130-1815

**Barrett-Jackson Auction Company, LLC**
15555 North 79th Place. Suite A
Scottsdale, AZ 85260

**David Lawrence Architecture, Inc.**
319 Clematis Street, Suite 401
West Palm Beach, FL 33401

**Ferrari Financial Services, Inc.**
c/o The Corporation Trust Company R.A.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

I certify that the foregoing service was completed on the date stated above and that the information provided herein is true and correct to the best of my knowledge.

DATED: Sept 26, 2026.

Respectfully submitted.

**/s/ Sima G. Fisher**
**Sima G. Fisher**
57 Gunn Avenue
Cambridge, Ontario N3C 3V8
Canada

Defendant, Pro Se

I certify that the documents identified above were deposited with **Canada Post from Ontario, Canada**, addressed to the parties and counsel at the mailing addresses stated above.

I further certify that, where an email address was available for counsel of record, a copy of the same documents was transmitted by **email** to that counsel on the date stated above.

I have retained copies of the documents served, Canada Post mailing receipts/proof of mailing, and copies of the email transmissions for my records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Sept 24, 2026.

**Sima G. Fisher**
Defendant, Pro Se
57 Gunn Ave.
Cambridge, Ontario N3C 3V8
Canada

CANADA POST POSTES CANADA

Exprès F 1

Tracked Packet ™ – USA | Paquet repérable MC – É.-U.

From:/De :Tel No. N' de tél.: (647) 803-8811 ext

Sima Fisher Real Estate
57 Gunn Ave
Cambridge ON N3C 3V8
CANADA

Postage paid | Port payé
1304897
Date
2026 09 26
Gross Weight | Poids brut
0.250 kg
Postage Rate | Tarif d'affran.

MANIFEST NOT REQ
MANIFESTE NON REQ

To:/À : Tel No. N' de tél.: 6478038811

SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH

UNITED STATES BANKRUPTCY COURT
1515 NORTH FLAGLER DRIVE
SUITE 801
WEST PALM BEACH FL 33401
UNITED STATES

USPS TRACKING ™ #

LE 055 816 717 CA

| Quantity and Description of Contents / Quantités et description du contenu | HS Tariff Code / Code tarif SH | Country of Origin / Pays d'origine | Net Weight (kg) / Poids net (kg) | Value CAD / Valeur CAD |
|---|---|---|---|---|
| 1 Document | | CA/ON | 0.250 | 1.00 |
| X Document / Document | | | Total Value / Valeur totale | 1.00 |

CN22

Customs: May be opened officially. Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

Douane: Peut être ouvert d'office. L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.

Signature: [signature] Customs Declaration / Déclaration en douane Date: Sept 26, 2026

EST-S/DÉE-C V2604.0.1290 SPEC 3697 V3

Shipping Label Étiquette d'expédition