# NOTICE OF FILING SUPPLEMENTAL EVIDENCE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

OCT 2 1 2026

FILED ___ RECEIVED ___

**In re:**
**IVAN NILES LATIMORE,**
Debtor.

Case No. 25-15276-MAM
Chapter 7

## NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF SIMA G. FISHER'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM AND FOR PRESERVATION OF HER DOMESTIC SUPPORT CLAIM

Sima G. Fisher, appearing pro se, gives notice that she is submitting the attached supplemental evidence in support of her pending *Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim*, filed October 7, 2026, at Docket No. 112.

The supplemental evidence consists of an updated signed and certified statement from Ontario's Family Responsibility Office (FRO) concerning the domestic support enforcement matter.

The updated statement became available after the pending motion was filed. Ms. Fisher submits it for the Court's consideration in connection with the pending motion, subject to the Court's applicable rules and procedures.

Respectfully submitted,

Dated: October 13, 2026.

**/s/ Sima G. Fisher**
Sima G. Fisher, Pro Se
57 Gunn Ave
Cambridge, Ontario N3C 3V8
Canada,Telephone: (647) 803-8811-Email: simahomebound@gmail.com

# EXHIBIT A COVER PAGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**
**IVAN NILES LATIMORE,**
Debtor.

Case No. 25-15276-MAM
Chapter 7

## EXHIBIT A

### UPDATED FAMILY RESPONSIBILITY OFFICE (FRO) STATEMENT

Submitted in support of Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim, Docket No. 112.

Director's Statement of Arrears
Form 35A
Court File #: DRO-18-15671

Creditor: Director of the Family Responsibility Office for the benefit of:
SIMA FISHER
PO BOX 200 STN A
OSHAWA ON L1H 0C5

Payor: IVAN NILES LATIMORE

I Maria Beltran, of the CITY Of TORONTO

In the PROVINCE, of ONTARIO make oath and say:

1. I am an agent of the Director of the Family Responsibility Office.
2. The Court order/agreement dated the 02/08/2023 has not been changed by the court or by agreement of the parties according to the records of the Director, since it was filed with the Director for enforcement.

   2a) Arrears have also been claimed under the following orders:
3. The order/agreement to be enforced in this court is currently filed for enforcement in the office of the Director of the Family Responsibility Office.
4. The total amount of periodic payments in arrears as of October 8, 2026 is $90,673.49. The calculation of this total is attached to this statement "Schedule A", which forms part of this statement.
5. The amount of claimed interest accrued on arrears of periodic payments between the date of each default and today is $2,472.36.
6. The amount of lump-sum support in default as of October 8, 2026 is Nil.
7. The total amount of claimed interest on the lump-sum support is Nil.
8. The amount of fixed or assessed court costs in default as of October 8, 2026 is Nil.
9. The amount of claimed interest on court costs is Nil.
10. The total amount enforceable in this court that is claimed against the debtor is as follows:

| | | |
|---|---|---|
| (a) | Arrears of periodic payments | $90,673.49 |
| (b) | Interest on arrears of periodic payments | $2,472.36 |
| (c) | lump-sum | Nil |
| (d) | Interest on lump-sum | Nil |
| (e) | Unpaid court costs | Nil |
| (f) | Interest on court costs | Nil |
| (g) | Director's costs | Nil |
| (h) | Total administration fee/other fee outstanding | Nil |
| (i) | NSF | $4,168.51 |
| (j) | Adjustment credit | Nil |
| TOTAL | ........................................................................ | $97,314.36 |

11. In respect of the sum of paragraphs 6 and 7, Nil is for lump-sum maintenance or support.
12. In respect of the sum of paragraphs 4, 5, 8 and 9, $93,145.85 is for periodic maintenance

or support.

13. The computations in this statement, and its attached appendices and schedules, have been carried out correctly to the best of my ability.

.............................................................................................................................

Sworn before me at the CITY of Toronto in the PROVINCE of ONTARIO

This 8 day of October, 2026 ____________________
Signature

____________________
(A commissioner, etc.)

(This form to be signed before a lawyer, justice of the peace, notary public or commissioner for taking affidavits.)

Vidyaluxmi Chumun, a Commissioner, etc.,
Province of Ontario, for the Government of Ontario,
Ministry of Children, Community and Social Services.
Expires August 18, 2036.

Ministry of Children, Community and Social Services
Family Responsibility Office
www.ontario.ca/FRO

Case Number: 1097795
Payor Name: IVAN NILES LATIMORE
Recipient Name: SIMA FISHER

**Case Balance Summary as of 08-10-2026 at 11:23:05**

| | |
|---|---|
| **Balance Owed under Support Order:** | |
| Support Arrears | $90,673.49 |
| Interest | $2,472.36 |
| Court Costs | $0.00 |
| **Balance Owed under Support Order[1]:** | **$93,145.85** |
| | |
| **Adjustment Credit[2]:** | **$0.00** |
| | |
| **Balance Owed to FRO:** | |
| Court Costs | $0.00 |
| Receipt Adjustments[3] | $4,168.51 |
| Fees | $0.00 |
| **Balance Owed to FRO:** | **$4,168.51** |
| | |
| **Case Net Balance[4]:** | **$97,314.36** |

[1]To obtain information whether the support order was assigned, please contact MCCSS Confirmation of Assignment Unit (Form 006-3006E). Fax: 1-800-772-6836
[2]Adjustment credit occurs when a financial adjustment results in an overpayment to Recipient or Assignee. It will be applied towards future case obligations owed to Recipient or Assignee only
[3]Receipt adjustment is completed for returned non-negotiable item or misapplied receipt
[4]If Adjustment Credit is shown on a case, it will not be applied to balance owed to FRO

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

## SCHEDULE A

**Date:** 08/10/2026 11:23:05
**Case:** 1097795

**Payor:** IVAN NILES LATIMORE
**Recipient:** SIMA FISHER

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/01/2024 | 19318542 | 01/01/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 958.00 |
| 01/01/2024 | BNK1316670210607-019-259 | | RECEIPT | 0.00 | -937.61 | 20.39 |
| 01/01/2024 | BNK3316190210630-008-799 | | RECEIPT | 0.00 | -20.39 | 0.00 |
| 03/01/2024 | 19367548 | 01/08/2023 | ADJ SOA SR | 958.00 | 0.00 | 958.00 |
| 03/01/2024 | 19367552 | 01/09/2023 | ADJ SOA SR | 958.00 | 0.00 | 1,916.00 |
| 03/01/2024 | 19367551 | 01/10/2023 | ADJ SOA SR | 958.00 | 0.00 | 2,874.00 |
| 03/01/2024 | 19367550 | 01/11/2023 | ADJ SOA SR | 958.00 | 0.00 | 3,832.00 |
| 03/01/2024 | 19367549 | 01/12/2023 | ADJ SOA SR | 958.00 | 0.00 | 4,790.00 |
| 03/01/2024 | BNK3316190210630-008-799 | | RECEIPT | 0.00 | -858.56 | 3,931.44 |
| 03/01/2024 | BNK3316190210630-009-800 | | RECEIPT | 0.00 | -1,045.41 | 2,886.03 |
| 03/01/2024 | BNK2312390210713-006-42 | | RECEIPT | 0.00 | -860.67 | 2,025.36 |
| 03/01/2024 | BNK3325540210818-018-1107 | | RECEIPT | 0.00 | -445.87 | 1,579.49 |
| 01/02/2024 | 19427183 | 01/02/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 2,537.49 |
| 01/02/2024 | BNK1316670210607-019-259 | | ADJ RECEIPT | 937.61 | 0.00 | 3,475.10 |
| 01/02/2024 | BNK3316190210630-008-799 | | ADJ RECEIPT | 878.95 | 0.00 | 4,354.05 |
| 01/02/2024 | BNK3316190210630-009-800 | | ADJ RECEIPT | 1,045.41 | 0.00 | 5,399.46 |
| 01/02/2024 | BNK2312390210713-006-42 | | ADJ RECEIPT | 860.67 | 0.00 | 6,260.13 |
| 01/02/2024 | BNK3325540210818-018-1107 | | ADJ RECEIPT | 445.87 | 0.00 | 6,706.00 |
| 01/02/2024 | 49037 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -336.51 | 6,369.49 |
| 01/02/2024 | 49038 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -109.36 | 6,260.13 |
| 01/02/2024 | 49051 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -848.64 | 5,411.49 |
| 01/02/2024 | 49052 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -12.03 | 5,399.46 |
| 01/02/2024 | 49053 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -945.97 | 4,453.49 |
| 01/02/2024 | 49054 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -99.44 | 4,354.05 |
| 01/02/2024 | 49039 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -858.56 | 3,495.49 |
| 01/02/2024 | 49040 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -20.39 | 3,475.10 |
| 01/02/2024 | 49041 | 01/02/2024 | ADJ RECEIPT PAID | 0.00 | -937.61 | 2,537.49 |
| 01/02/2024 | 19367552-RNN_33790 | 01/02/2024 | ADJ RECEIPT DUE | 445.87 | 0.00 | 2,983.36 |
| 01/02/2024 | 19367551-RNN_33771 | 01/02/2024 | ADJ RECEIPT DUE | 860.67 | 0.00 | 3,844.03 |
| 01/02/2024 | 19367550-RNN_33772 | 01/02/2024 | ADJ RECEIPT DUE | 1,045.41 | 0.00 | 4,889.44 |
| 01/02/2024 | 19367549-RNN_33791 | 01/02/2024 | ADJ RECEIPT DUE | 878.95 | 0.00 | 5,768.39 |
| 01/02/2024 | 19318542-RNN_33792 | 01/02/2024 | ADJ RECEIPT DUE | 937.61 | 0.00 | 6,706.00 |
| 01/03/2024 | 19539310 | 01/03/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 7,664.00 |
| 01/04/2024 | 19669145 | 01/04/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 8,622.00 |
| 01/05/2024 | 19767331 | 01/05/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 9,580.00 |
| 01/06/2024 | 19841218 | 01/06/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 10,538.00 |
| 01/07/2024 | 19958372 | 01/07/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 11,496.00 |
| 01/08/2024 | 20072509 | 01/08/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 12,454.00 |
| 01/09/2024 | 20180489 | 01/09/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 13,412.00 |
| 01/10/2024 | 20324836 | 01/10/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 14,370.00 |

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

## SCHEDULE A

**Date:** 08/10/2026 11:23:05
**Case:** 1097795

**Payor:** IVAN NILES LATIMORE
**Recipient:** SIMA FISHER

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/11/2024 | 20382513 | 01/11/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 15,328.00 |
| 01/12/2024 | 20534016 | 01/12/2024 | SUPPORT ACCRUAL | 958.00 | 0.00 | 16,286.00 |
| 03/12/2024 | 20547398 | 01/08/2023 | ADJ SOA SR | 57,480.00 | 0.00 | 73,766.00 |
| 03/12/2024 | 20547456 | 06/11/2024 | ADJ SOA SR INT | 2,472.36 | 0.00 | 76,238.36 |
| 01/01/2025 | 20639498 | 01/01/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 77,196.36 |
| 01/02/2025 | 20725929 | 01/02/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 78,154.36 |
| 01/03/2025 | 20842364 | 01/03/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 79,112.36 |
| 01/04/2025 | 20934183 | 01/04/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 80,070.36 |
| 01/05/2025 | 21041657 | 01/05/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 81,028.36 |
| 01/06/2025 | 21129289 | 01/06/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 81,986.36 |
| 01/07/2025 | 21257686 | 01/07/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 82,944.36 |
| 01/08/2025 | 21359562 | 01/08/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 83,902.36 |
| 01/09/2025 | 21428214 | 01/09/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 84,860.36 |
| 01/10/2025 | 21537697 | 01/10/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 85,818.36 |
| 01/11/2025 | 21601125 | 01/11/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 86,776.36 |
| 01/12/2025 | 21704644 | 01/12/2025 | SUPPORT ACCRUAL | 958.00 | 0.00 | 87,734.36 |
| 01/01/2026 | 21805630 | 01/01/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 88,692.36 |
| 01/02/2026 | 21910475 | 01/02/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 89,650.36 |
| 01/03/2026 | 22020636 | 01/03/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 90,608.36 |
| 01/04/2026 | 22151563 | 01/04/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 91,566.36 |
| 01/05/2026 | 22217836 | 01/05/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 92,524.36 |
| 01/06/2026 | 22328908 | 01/06/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 93,482.36 |
| 01/07/2026 | 22413985 | 01/07/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 94,440.36 |
| 01/08/2026 | 22464293 | 01/08/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 95,398.36 |
| 01/09/2026 | 22582672 | 01/09/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 96,356.36 |
| 01/10/2026 | 22650246 | 01/10/2026 | SUPPORT ACCRUAL | 958.00 | 0.00 | 97,314.36 |

Current credit balance due to adjustment = $0.00

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

# CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**
**IVAN NILES LATIMORE,**
Debtor.

Case No. 25-15276-MAM
Chapter 7

# CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I served a true and correct copy of the following documents by Canada Post upon the parties listed below:

1. Notice of Filing Supplemental Evidence in Support of Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim; and
2. Exhibit A — updated signed and certified Family Responsibility Office (FRO) statement.

## SERVICE BY CANADA POST

**1. Barrett-Jackson Auction Company, LLC**
15555 N. 79th Place, Suite A
Scottsdale, AZ 85260

**2. Casa De Greatness LLC**
c/o Joanna Mirodias
66 W. Flagler Street, Floor 9
Miami, FL 33130-1815

**3. David Lawrence Architecture Inc.**
319 Clematis Street, Suite 401
West Palm Beach, FL 33401

**4. Ferrari Financial Services Inc.**
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A separate copy of the documents was mailed to the United States Bankruptcy Court for filing. The Court mailing is not included as service upon an opposing party.

I certify that the foregoing is true and correct.

Dated: Oct 13, 2026.

**/s/ Sima G. Fisher**
Sima G. Fisher, Pro Se
57 Gunn Ave
Cambridge, Ontario N3C 3V8
Canada
Telephone: (647) 803-8811
Email: simahomebound@gmail.com