**Form CGFCRD3Z** (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 25−15276−MAM**

**Chapter: 7**

**In re:**
Ivan Niles Latimore
aka Ivan Latimore
340 Royal Poinciana Way
328−322
Palm Beach, FL 33480
SSN: xxx−xx−3589

## RENOTICE OF HEARING

Per Hearing Held in the Adversary Case 25−1273 on 10/16/2026

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Defendant/Claimant Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim Filed by Creditor Sima G. Fisher (112)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **November 17, 2026**
   **Time:** **10:00 AM**
   **Location:** **Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. **To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

**Dated: 10/16/26**

**CLERK OF COURT**
By: Maria Romaguera−Serfaty
Courtroom Deputy