FILED-USBC, FLS-WPB
'26 OCT 16 PM3:17
AM

United States Bankruptcy Court
Southern District of Florida

25-15276 MAM

1273

**In re**

Ivan niks Latmore
Debtor 1

Last four digits of SSN or ITIN _______

**Case No.** 25-[illegible]-MAM

**Chapter** 7

_______________________
Debtor 2

Last four digits of SSN or ITIN _______

Dispute Sima fisher claims
**Title of Document**

Dear Court I am submitting into evidence 2 Seperate States termination of child support Services orders that terminated Ms Sima fishers continued false claims of Child Support against me. I ask this Court to Dismiss her fraudlent claims that she is trying to throw into my Court discharge bankruptsy case

Date: 10-16-26 Signature: [signature]

Date: _______ Signature: _______

Contact Telephone number: _______

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA - CRIMINAL DIVISION
CIRCUIT/COUNTY COURT
Court Event Form

NOV 17th
10AM Zoom

DEFENDANT: IVAN N LATIMORE
CASE NO: 50-2026-CF-000788-AXXX-MB

Advisory
25-1273 MAM

STATE OF FLORIDA
vs.
DEFENDANT: IVAN N LATIMORE
CASE NO: 50-2026-CF-000788-AXXX-MB
DIVISION: Z: Felony - Z (Circuit)

DATE: 8/5/2026
JACKET #: 0468359
BOOKING #: 2026002934

PRESIDING JUDGE: WILLIS, SARAH
ASA: BOZICEVIC, THOR
ATTORNEY:
PUBLIC DEFENDER: ELIJAH VILLAFANE
CO-COUNSEL:

START TIME: 9:13 AM
END TIME: 9:17 AM

COURT REPORTER Centrally Recorded
COURT TYPE: PC - PLEA CONFERENCE

DEPUTY CLERK: YBH

COURT ROOM: 11H (Main Branch)

Other: DEFENDANT PRESENT, SWORN AND TESTIFIED, AND ADVISED OF RIGHTS. PSI/PRE PLEA PSI WAIVED
Other: DUE WITHIN 6 MONTHS AND IS TO BE PAID THROUGH THE CLERK AND COMPTROLLER'S OFFICE PURSUANT TO A PAYMENT PLAN TO BE ESTABLISHED BY WAIVED .
Total Criminal Court Costs and Fines: $373.00 - Due Date: 02/01/2027
Court Costs: $223.00
Standard Court Costs: $135.00
Statutory Court Costs (Count 2): $88.00
Other Fees: $150.00
PD Fee: $50.00
Cost of Prosecution: $100.00

Count 1 - FT UNAUTHORIZED POSSESSION OF DRIVER'S LICENSE OR ID CARD 322.212(1A6)
Prosecutor Action: NOLLE PROSSE

Count 2 - MS TCATS UNREGISTERED MOTOR VEHICLE 320.02(1)
Plea: GUILTY
Court Action: ADJUDICATED GUILTY BY COURT
Jail: 2 Days
Credit: 2 Days
DEFENDANT AGREES THAT 2 DAYS 0 MONTHS 0 YEARS IS THE CORRECT AMOUNT OF CREDIT AND WAIVES ANY AFFIRMATIVE RIGHT TO APPEAL ANY OTHER CREDIT THE DEFENDANT BELIEVES HE/SHE MAY BE ENTITLED TO
DEFT FORFEITS ALL ITEMS IN EVIDENCE
DEFY MAY RECOVER ONLY ANY VALID ID OR DL FROM EVIDENCE
Facility: County Jail


FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 08/05/2026 09:17:34 AM

2016 DR 2844 SB
FZ

CS-EF42
R. 07/09

FLORIDA

Child Support Program

# Termination of Child Support Services

Palm Beach Clerk of Court
P.O. Box 3597
West Palm Beach, FL 33402

COPY
South County Branch Office
ORIGINAL RECEIVED
NOV 04 2021
JOSEPH ABRUZZO
Clerk of the Circuit Court & Comptroller
PALM BEACH COUNTY

11/01/2021

Child Support Case Number: 2000975839
Obligor: IVAN LATIMORE

In reference to court case number 50160002844CA, you are hereby notified that SIMA FISHER is no longer a recipient of services from the Florida Department of Revenue, Child Support Program effective 11/01/2021.

The last known address we have on file for this payee is listed below:

[redacted]

IVAN LATIMORE 11-4-21

Latimore

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Domestic Support Unit**

**Central Civil West Dept. - 2G**

**BZ180464**

**COUNTY OF LOS ANGELES VS. EVAN NYLES LATIMORE**

**January 17, 2019**
**8:00 AM**

Honorable Dennis F Hernandez, Commissioner

Katrina House, Judicial Assistant
Anna Buhrend, Court Services Assistant

Dulce Moran (#3141), Court Reporter
Rhogena E Byrd, Deputy Sheriff

**NATURE OF PROCEEDINGS:** IVAN N LATIMORE's DSU - Request for Order (Initial) -Set Aside Default/Default Judgment and Allow Leave to Answer-Or Set Aside Judgment Based on Presumed Income-Modify Child Support-Driver's License Release filed on 10/19/2018

The following parties are present for the aforementioned proceeding:

County of Los Angeles, Petitioner
SIMA FISHER, Other Parent-Via Telephone
IVAN LATIMORE, Respondent

K. Mendoza, Staff Attorney

The matter is called for hearing.

The Respondent, Other Parent are sworn.

The Request for Order to Set Aside the Judgment filed by IVAN N LATIMORE on 10/19/2018 is granted.

The Court finds the judgment is set aside as to the financial issues only pursuant to FC 473.5.

No retroactivity is reserved at this time.

Child Support Services Department is ordered to prepare the Order After Hearing.

FL-610

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
IVAN NILES LATIMORE
P.O. BOX 572922
TARZANA, CA 91357

TELEPHONE NO. (Optional): (516)448-1198 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): RESPONDENT IN PRO PER

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 600 S. COMMONWEALTH AVE.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90005
BRANCH NAME: CENTRAL CIVIL WEST

PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES

RESPONDENT/DEFENDANT: EVAN NYLES LATIMORE

OTHER PARENT: SIMA GELA FISHER

**ANSWER TO COMPLAINT OR SUPPLEMENTAL COMPLAINT**
***"PROPOSED"*** **REGARDING PARENTAL OBLIGATIONS** ***"PROPOSED"***

CASE NUMBER: BZ180464

## YOU MUST FILE THIS ANSWER WITH THE COURT IF YOU WISH TO OPPOSE THE LAWSUIT

**If you disagree with the proposed judgment attached to the *Summons and Complaint*, you must file this *Answer* with the court clerk within 30 days of the date you were served with the *Complaint*. File the original *Answer* with the court clerk at the address for the superior court stated above and serve a copy on the local child support agency. Keep a copy for your records.**

1. **PARENTAGE:** I am the parent of the following children:

| | | Name of child | Date of Birth |
|---|---|---|---|
| [X] Yes | [ ] No | MORACCO A LATIMORE | 12/29/2012 |
| [ ] Yes | [ ] No | | |
| [ ] Yes | [ ] No | | |
| [ ] Yes | [ ] No | | |
| [ ] Yes | [ ] No | | |
| [ ] Yes | [ ] No | | |

[ ] Additional children are listed on a page attached to this *Answer*.

2. I request a genetic test to determine parentage be done for all children for whom I have checked a "No" box above. I understand that the local child support agency will pay for the cost of the testing now, but that I may have to repay those costs if the court decides that I am the parent.

3. **CHILD SUPPORT**
   a. [ ] I agree to pay support as stated in the proposed judgment.
   b. [X] I disagree with the support requested. Attached is my completed *Income and Expense Declaration* (form FL-150) or *Financial Statement (Simplified)* (form FL-155). NOTE: You can file this *Answer* without either of these forms.

4. [X] I disagree with the proposed judgment for the following reasons *(specify)*: AT THE TIME THE ORDER WAS MADE SIMA FISHER AND I WERE LIVING TOGETHER WITH OUR CHILD IN DELRAY BEACH, FLORIDA. WE LIVED TOGETHER FROM 2014 TO 2016. SHE IS NOW LIVING IN TORONTO, CANADA SINCE SEPTEMBER 2016. I HAVE BEEN UNEMPLOYED FOR THE PAST TWO YEARS AND HAVE NO INCOME TO PAY CHILD SUPPORT. *MY NAME IS INCORRECT ON THE LEGAL DOCUMENTS IN THIS CASE.*

| | |
|---|---|
| PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES<br>RESPONDENT/DEFENDANT: EVAN NYLES LATIMORE<br>OTHER PARENT: SIMA GELA FISHER | CASE NUMBER:<br>BZ180464 |

5. My address and telephone number for receipt of all notices and court dates until I file a change with the court and with the local child support agency are as follows:

Address: P.O BOX 572922
City and Zip Code: TARZANA, CA 91357
Home Telephone: (818)448-1198
Work Telephone:
E-mail Address *(optional)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: OCTOBER 19, 2018

IVAN NILES LATIMORE, IN PRO PER
(TYPE OR PRINT NAME)

▶ Ivan n Latimore
(SIGNATURE OF DECLARANT)

**An adult <u>other than you</u> must complete the *Proof of Service* below and provide a copy of this *Answer* to the local child support agency at the following address *(specify)*:**

## PROOF OF SERVICE

6. I am at least 18 years of age, and not a party to this action. I served this *Answer* and any other forms filed with the *Answer* on the local child support agency and any other party required to be served.

a. ☐ **Personal delivery.** I personally delivered this *Answer* to an employee of the local child support agency as follows:
(1) Name of employee:
(2) Address where delivered:
(3) Date of delivery:
(4) Time of delivery:

b. ☐ **Mail.** I deposited this *Answer* in the United States mail, in a sealed envelope with postage fully prepaid. I used first class mail. The envelope was addressed and mailed as follows:
(1) Name:
(2) Address:
(3) Date of mailing:
(4) Place of mailing *(city and state)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF PERSON WHO SERVED ANSWER)

**This case may be referred to a court commissioner for hearing. By law, court commissioners do not have the authority to issue final orders and judgments in contested cases unless they are acting as temporary judges. The court commissioner in your case *will* act as a temporary judge unless, *before the hearing*, you or any other party objects to the commissioner acting as a temporary judge. The court commissioner may still hear your case to make findings and a recommended order. If you do not like the recommended order, you must object to it within 10 court days in writing, (use *Notice of Objection (Governmental)*, (form FL-666); otherwise, the recommended order will become a final order of the Court.) If you object to the recommended order, a judge will make a temporary order and set a new hearing.**

FL-687

GOVERNMENTAL AGENCY *(Under Family Code, §§ 17400, 17406)* OR ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, State Bar number, and address)*
ALEXANDRA BAUER , CHIEF ATTORNEY
LOS ANGELES COUNTY CSSD - VAN NUYS
7555 VAN NUYS BLVD
VAN NUYS CA 91405-1949

200000001517124

TELEPHONE NO (866) 901-3212 FAX NO (818) 902-4401
E-MAIL ADDRESS
ATTORNEY FOR *(name)* Under Family Code §§ 17400 & 17406

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 01 2019

Sherri R. Carter, Executive Officer/Clerk
By: Shirlene Kinney, Deputy

Received @ CSSD
FEB 04 2019

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS 600 S COMMONWEALTH AVE
MAILING ADDRESS 600 S COMMONWEALTH AVE
CITY AND ZIP CODE LOS ANGELES 90005-4001
BRANCH NAME CENTRAL CIVIL WEST

PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES
RESPONDENT/DEFENDANT: EVAN NYLES LATIMORE
OTHER PARENT/PARTY: SIMA GELA FISHER

## ORDER AFTER HEARING

CASE NUMBER
BZ180464

1. **This matter proceeded as follows:** ☐ Uncontested ☐ By stipulation ☒ Contested
   a. Date: 01/17/2019 Dept.: 2G Judicial officer: D. Hernandez
   b. ☐ Petitioner/plaintiff present ☐ Attorney present *(name):*
   c. ☒ Respondent/defendant present ☐ Attorney present *(name):*
   d. ☒ Other parent/party present * ☐ Attorney present *(name):* *Other Parent/Mother appeared by phone
   e. Local child support agency attorney (Family Code, §§ 17400, 17406) by *(name):*
   f. ☐ Other *(specify):*

   g. The parent ordered to pay support is the ☐ petitioner/plaintiff ☒ respondent/defendant ☐ other parent/party.
2. ☐ Attached is a computer printout showing the parents' income and percentage of time each parent spends with the children. The printout, which shows the calculation of child support payable, will become the court's findings.
3. ☐ This order is based on the attached documents *(specify):*

**THE COURT ORDERS**

4. a. All orders previously made in this action remain in full force and effect except as specifically modified below.
   b. The parent ordered to pay support is the parent of and must pay current child support for the following children:

| Name of child | Date of birth | Monthly support amount |
| --- | --- | --- |
| | | |

(1) ☐ Mandatory additional child support.
   (a) The parent ordered to pay support must pay additional monthly support for reasonable child-care costs, as follows:
   ☐ one-half or ☐ % or ☐ *(specify amount):* $ per month of the costs.
   Payments must be made to the ☐ other parent ☐ State Disbursement Unit ☐ child-care provider.
   (b) The parent ordered to pay support must pay reasonable uninsured health-care costs for the children, as follows:
   ☐ one-half or ☐ % or ☐ *(specify amount):* $ per month of the costs.
   Payments must be made to the ☐ other parent ☐ State Disbursement Unit ☐ health-care provider

**NOTICE Any party required to pay child support must pay interest on overdue amounts at the legal rate, which is currently 10 percent per year.**

FL-687

| | |
|---|---|
| PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES<br>RESPONDENT/DEFENDANT: EVAN NYLES LATIMORE<br>OTHER PARENT/PARTY: SIMA GELA FISHER | CASE NUMBER:<br>BZ180464 |

4. b. (2) [ ] Other *(specify)*:

(3) [ ] For a total of: $ payable on the day of each month beginning *(date)*:

(4) [ ] The low-income adjustment applies.
[ ] The low-income adjustment does not apply because *(specify reasons)*:

(5) Any support ordered will continue until further order of court, unless terminated by operation of law.

(6) When a person who has been ordered to pay child support is in jail or prison or is involuntarily institutionalized for any period of more than 90 days in a row, the child support order is temporarily stopped. However, the child support order will not be stopped if the person who owes support has the financial ability to pay that support while in jail, prison, or an institution. It will also not be stopped if the reason the person is in jail, prison, or an institution is because the person didn't pay court ordered child support or committed domestic violence against the supported person or child. The child support order starts again on the first day of the month after the person is released from jail, prison, or an institution.

c. [ ] The parent ordered to pay support [ ] The parent receiving support must (1) provide and maintain health insurance coverage for the children if available at no or reasonable cost and keep the local child support agency informed of the availability of the coverage (the cost is presumed to be reasonable if it does not exceed 5 percent of gross income to add a child), (2) if health insurance is not available, provide coverage when it becomes available, (3) within 20 days of the local child support agency's request, complete and return a health insurance form, (4) provide to the local child support agency all information and forms necessary to obtain health-care services for the children, (5) present any claim to secure payment or reimbursement to the other parent or caretaker who incurs costs for health-care services for the children, and (6) assign any rights to reimbursement to the other parent or caretaker who incurs costs for health-care services for the children. The parent ordered to provide health insurance must seek continuation of coverage for the child after the child attains the age when the child is no longer considered eligible for coverage as a dependent under the insurance contract, if the child is incapable of self-sustaining employment because of a physically or mentally disabling injury, illness, or condition and is chiefly dependent upon the parent providing health insurance for support and maintenance.

d. [ ] The parent ordered to pay support owes support arrears as follows, as of *(date)*:

(1) [ ] Child support: $ [ ] Spousal support: $ [ ] Family support: $

(2) [ ] Interest is not included and is not waived.

(3) [ ] Payable: $ on the day of each month beginning *(date)*:

(4) [ ] Interest accrues on the entire principal balance owing and not on each installment as it becomes due.

e. No provision of this order may operate to limit any right to collect the principal (total amount of unpaid support) or to charge and collect interest and penalties as allowed by law. All payments ordered are subject to modification.

f. All payments, unless specified in item 4b(1) above, must be made to the State Disbursement Unit at the address listed below *(specify address)*:
CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO CA 95798-9067

FL-687

| PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES<br>RESPONDENT/DEFENDANT: EVAN NYLES LATIMORE<br>OTHER PARENT/PARTY: SIMA GELA FISHER | CASE NUMBER:<br>BZ180464 |
|---|---|

4. g. **An earnings assignment order is issued.**

h. In the event that there is a contract between a party receiving support and a private child support collector, the party ordered to pay support must pay the fee charged by the private child support collector. This fee must not exceed 33 1/3 percent of the total amount of past due support nor may it exceed 50 percent of any fee charged by the private child support collector. The money judgment created by this provision is in favor of the private child support collector and the party receiving support, jointly.

i. If "The parent ordered to pay support" box is checked in item 4c, a health insurance coverage assignment must issue.

j. The parents must notify the local child support agency in writing within 10 days of any change in residence or employment.

k. The form *Notice of Rights and Responsibilities (Health-Care Costs and Reimbursement Procedures)* and *Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

*l.* [ ] The following person (the "other parent/party") is added as a party to this action *(name)*:
SIMA GELA FISHER

m. [X] The court further orders *(specify)*:

The court sets aside the financial portions only of the judgment filed 3/21/16. The court does not reserve retroactivity.

Date: FEB 0 1 2019

DENNIS F. HERNANDEZ

JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

Number of pages attached: ____

Approved as conforming to court order.
Date:

▶ (SIGNATURE OF ATTORNEY FOR THE PARENT ORDERED TO PAY SUPPORT)