United States Bankruptcy Court
Southern District of Florida

In re:
Ivan Niles Latimore
Debtor

Case No. 25-15276-MAM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9 | User: admin | Page 1 of 3
Date Rcvd: Oct 30, 2026 | Form ID: CGFCRD3Z | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Ferrari Financial Services, Inc., c/o Saul Ewing LLP, 701 Brickell Ave.,, Suite 1700, Miami, FL 33131-2832 |
| sp | + | Turner N. Falk, Saul Ewing LLP, 1500 Market St., 38th Floor, Philadelphia, PA 19102-2184 |
| 97978653 | + | BMW Auto Finance, 5550 Britton Pkwy, Hillard OH 43026-7456 |
| 97978654 | + | Bank of America Auto Finance, PO Box 17237, Wilmington DE 19850-7237 |
| 97978657 | + | Barrett Jackson LL, 15555 N 79 Pl, Scottsdale, AZ 85260-1681 |
| 97978647 | + | Cenlar Loan, PO Box 77404, Ewing, NJ 08628-6404 |
| 97978656 | + | Ferrari Financial, 250 Sylvan Ave, Englewood Cliffs, NJ 07632-2527 |
| 97978650 | + | GM Auto Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 97978648 | + | Loan Care, PO Box 202049, Florence, SC 29502-2049 |
| 98914785 | | Sima G. Fisher, 57 Gunn Avenue, Cambridge, Ontario N3C 3V8, Canada |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: showup33@icloud.com | Oct 30 2026 09:17:00 | Ivan Niles Latimore, 340 Royal Poinciana Way, 328-322, Palm Beach, FL 33480-4048 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Oct 30 2026 09:17:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 30 2026 09:19:00 | AmeriCredit Financial Services, Inc., POB 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:21:25 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:21:25 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKNotices@tblaw.com | Oct 30 2026 09:19:00 | Lakeview Loan Servicing, Tiffany and Bosco PA, 1201 S. Orlando, Suite 430, C/o Jason A. Weber, Esq., Winter Park, fl 32789, UNITED STATES 32789-7107 |
| 98632113 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 30 2026 09:19:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 98627280 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:21:08 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 98764183 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 09:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97978649 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 30 2026 09:21:45 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 98041273 | + | Email/PDF: showup33@icloud.com | Oct 30 2026 09:17:00 | Ivan Niles Latimore, 340 Royal Poinciena Way, |

| | | | |
|---|---|---|---|
| | | | 328-322, Palm Beach, FL 33480-4048 |
| 97978655 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 09:21:03 | Synchrony Bank, 777 Long Ridge Rd., Stamford, CT 06902-1259 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Sima G. Fisher, 57 Gunn Ave, Cambridge, Ontario, N3C 3V8, CANADA |
| 98041355 | *+ | Ivan Niles Latimore, 340 Royal Poinciana Way-328-322, Palm Beach, FL 33480-4048 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Plaintiff Nicole Mehdipour alan.crane@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com |
| Alan R Crane | on behalf of Trustee Nicole Testa Mehdipour alan.crane@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com |
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Carmen Contreras-Martinez | on behalf of Creditor Ferrari Financial Services Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Collin D Jackson | on behalf of Defendant Clerk of Circuit Court & Comptroller of PBC cdjackson@mypalmbeachclerk.com |
| Gavin N Stewart | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Jason A. Weber, Esq. | on behalf of Defendant Lakeview Loan Servicing LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jason A. Weber, Esq. | on behalf of Creditor Lakeview Loan Servicing jaw@tblaw.com Nboffill@tblaw.com |
| Jonathan T Crane | on behalf of Trustee Nicole Testa Mehdipour jonathan.crane@gray-robinson.com |

| | |
|---|---|
| | jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com |
| Jonathan T Crane | on behalf of Plaintiff Nicole Mehdipour jonathan.crane@gray-robinson.com jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Scott C Lewis | on behalf of Creditor Alliant Credit Union bkfl@albertellilaw.com anhsalaw@infoex.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 14

Form CGFCRD3Z (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 25–15276–MAM**

**Chapter: 7**

**In re:**
Ivan Niles Latimore
aka Ivan Latimore

340 Royal Poinciana Way
328–322
Palm Beach, FL 33480

SSN: xxx–xx–3589

## RENOTICE OF HEARING

Per Hearing Held in the Adversary Case 25–1273 on 10/16/2026

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Defendant/Claimant Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim Filed by Creditor Sima G. Fisher (112)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **November 17, 2026**
   **Time:** **10:00 AM**
   **Location:** **Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. **To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036–2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

**Dated:** 10/16/26

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Courtroom Deputy