United States Bankruptcy Court
Southern District of Florida

In re:
Ivan Niles Latimore
Debtor

Case No. 25-15276-MAM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9 | User: admin | Page 1 of 3
Date Rcvd: Nov 16, 2026 | Form ID: CGFCRD3H | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Ferrari Financial Services, Inc., c/o Saul Ewing LLP, 701 Brickell Ave.,, Suite 1700, Miami, FL 33131-2832 |
| sp | + | Turner N. Falk, Saul Ewing LLP, 1500 Market St., 38th Floor, Philadelphia, PA 19102-2184 |
| 97978653 | + | BMW Auto Finance, 5550 Britton Pkwy, Hillard OH 43026-7456 |
| 97978654 | + | Bank of America Auto Finance, PO Box 17237, Wilmington DE 19850-7237 |
| 97978657 | + | Barrett Jackson LL, 15555 N 79 Pl, Scottsdale, AZ 85260-1681 |
| 97978647 | + | Cenlar Loan, PO Box 77404, Ewing, NJ 08628-6404 |
| 97978656 | + | Ferrari Financial, 250 Sylvan Ave, Englewood Cliffs, NJ 07632-2527 |
| 97978650 | + | GM Auto Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 97978648 | + | Loan Care, PO Box 202049, Florence, SC 29502-2049 |
| 98914785 | | Sima G. Fisher, 57 Gunn Avenue, Cambridge, Ontario N3C 3V8, Canada |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: showup33@icloud.com | Nov 16 2026 22:28:00 | Ivan Niles Latimore, 340 Royal Poinciana Way, 328-322, Palm Beach, FL 33480-4048 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Nov 16 2026 22:29:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 16 2026 22:31:00 | AmeriCredit Financial Services, Inc., POB 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 22:55:21 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 22:55:21 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKNotices@tblaw.com | Nov 16 2026 22:30:00 | Lakeview Loan Servicing, Tiffany and Bosco PA, 1201 S. Orlando, Suite 430, C/o Jason A. Weber, Esq., Winter Park, fl 32789, UNITED STATES 32789-7107 |
| 98632113 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 16 2026 22:31:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 98627280 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 22:55:21 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 98764183 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Nov 16 2026 22:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97978649 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 16 2026 22:55:38 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 98041273 | + | Email/PDF: showup33@icloud.com | Nov 16 2026 22:28:00 | Ivan Niles Latimore, 340 Royal Poinciena Way, |

| | | | |
|---|---|---|---|
| | | | 328-322, Palm Beach, FL 33480-4048 |
| 97978655 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 16 2026 22:55:18 | Synchrony Bank, 777 Long Ridge Rd., Stamford, CT 06902-1259 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Sima G. Fisher, 57 Gunn Ave, Cambridge, Ontario, N3C 3V8, CANADA |
| 98041355 | *+ | Ivan Niles Latimore, 340 Royal Poinciana Way-328-322, Palm Beach, FL 33480-4048 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Plaintiff Nicole Mehdipour alan.crane@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com |
| Alan R Crane | on behalf of Trustee Nicole Testa Mehdipour alan.crane@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com |
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Carmen Contreras-Martinez | on behalf of Creditor Ferrari Financial Services Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Collin D Jackson | on behalf of Defendant Clerk of Circuit Court & Comptroller of PBC cdjackson@mypalmbeachclerk.com |
| Gavin N Stewart | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Jason A. Weber, Esq. | on behalf of Defendant Lakeview Loan Servicing LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jason A. Weber, Esq. | on behalf of Creditor Lakeview Loan Servicing jaw@tblaw.com Nboffill@tblaw.com |
| Jonathan T Crane | on behalf of Trustee Nicole Testa Mehdipour jonathan.crane@gray-robinson.com |

| | |
|---|---|
| | jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com |
| Jonathan T Crane | on behalf of Plaintiff Nicole Mehdipour jonathan.crane@gray-robinson.com<br>jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com<br>TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Scott C Lewis | on behalf of Creditor Alliant Credit Union bkfl@albertellilaw.com anhsalaw@infoex.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 14

Form CGFCRD3H (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 25–15276–MAM**

**Chapter: 7**

**In re:**
Ivan Niles Latimore
aka Ivan Latimore

340 Royal Poinciana Way
328–322
Palm Beach, FL 33480

SSN: xxx–xx–3589

# RENOTICE OF HEARING

Sua Sponte by the Court

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Defendant/Claimant Sima G. Fisher's Motion for Leave to File Late Proof of Claim and for Preservation of her Domestic Support Claim Filed by Creditor Sima G. Fisher (112)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **November 19, 2026**
   **Time:** **10:00 AM**
   **Location:** **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. **To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or manually enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

   All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036–2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018–79, as amended by District Court Administrative Order 2019–87–A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific

electronic device for a specific purpose and period of time may be filed under Local Rule 9013–2(c).

**Dated: 11/16/26**

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Courtroom Deputy