UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

IVAN NILES LATIMORE

Case No.: 25-15276-MAM
Chapter 7

Debtor.
________________________________/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2026, the *Order Granting Trustee's Motion to Approve Stipulation of Settlement with Lakeview Loan Servicing, LLC Pursuant to Fed. R. Bankr. P. 9019* **[Dkt. No. 130]** was served electronically on the following parties:

- Carmen Contreras-Martinez on behalf of Creditor Ferrari Financial Services, Inc.
carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com,
litigationdocketing@saul.com

- Carmen Contreras-Martinez on behalf of Plaintiff Ferrari Financial Services, Inc.
carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com,
litigationdocketing@saul.com

- Alan R Crane on behalf of Plaintiff Nicole Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;
glenda.gutstein@gray-robinson.com; alan-crane-6498@ecf.pacerpro.com;
sheree.hurayt@gray-robinson.com; 5353572420@filings.docketbird.com;
susan.massinger@gray-robinson.com

- Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;
glenda.gutstein@gray-robinson.com; alan-crane-6498@ecf.pacerpro.com;
sheree.hurayt@gray-robinson.com; 5353572420@filings.docketbird.com;
susan.massinger@gray-robinson.com

- Jonathan T Crane on behalf of Plaintiff Nicole Mehdipour
jonathan.crane@gray-robinson.com, jonathan.crane@gray-robinson.com;
yesenia.fernandezvivas@gray-robinson.com; 4053367420@filings.docketbird.com;
Susan.Massinger@gray-robinson.com

- Jonathan T Crane on behalf of Trustee Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, jonathan.crane@gray-robinson.com;
yesenia.fernandezvivas@gray-robinson.com; 4053367420@filings.docketbird.com;

Susan.Massinger@gray-robinson.com

- Turner N Falk on behalf of Plaintiff Ferrari Financial Services, Inc.
  turner.falk@saul.com, tnfalk@recap.email

- Collin D Jackson on behalf of Defendant Clerk of Circuit Court & Comptroller of PBC
  cdjackson@mypalmbeachclerk.com

- Scott C Lewis on behalf of Creditor Alliant Credit Union
  bkfl@albertellilaw.com, anhsalaw@infoex.com

- Nicole Testa Mehdipour
  Trustee@ntmlawfirm.com,TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

- Office of the US Trustee
  USTPRegion21.MM.ECF@usdoj.gov

- Gavin N Stewart on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
  bk@stewartlegalgroup.com

- Jason A. Weber, Esq. on behalf of Creditor Lakeview Loan Servicing
  jaw@tblaw.com, Nboffill@tblaw.com

- Jason A. Weber, Esq. on behalf of Defendant Lakeview Loan Servicing, LLC
  jaw@tblaw.com, Nboffill@tblaw.com

I further certify that on November 19, 2026, I served a copy of the foregoing document by U.S. Mail on the parties listed on the attached mailing matrix via BK Attorney Services LLC d/b/a certificateofservice.com.

Dated: November 19, 2026

GRAYROBINSON, P.A.
*Attorney for Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: */s/ Jonathan T. Crane*
JONATHAN T. CRANE, ESQ.
Florida Bar No. 1039351
E-Mail: jonathan.crane@gray-robinson.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

IVAN NILES LATIMORE

CASE NO: 25-15276-MAM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 130

On 11/19/2026, I did cause a copy of the following documents, described below,

Order Granting Trustee's Motion to Approve Stipulation of Settlement with Lakeview Loan Servicing, LLC Pursuant to Fed. R. Bankr. P. 9019 ECF Docket Reference No. 130

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2026

/s/ Jonathan T. Crane, Esq.
Jonathan T. Crane, Esq. 1039351

GrayRobinson, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
561-368-3808
yesenia.fernandezvivas@gray-robinson.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

IVAN NILES LATIMORE

CASE NO: 25-15276-MAM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 130

On 11/19/2026, a copy of the following documents, described below,

Order Granting Trustee's Motion to Approve Stipulation of Settlement with Lakeview Loan Servicing, LLC Pursuant to Fed. R. Bankr. P. 9019 ECF Docket Reference No. 130

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan T. Crane, Esq.
GrayRobinson, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113C9
CASE 25-15276-MAM
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
THU NOV 19 13-59-55 EST 2026

AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

BMW BANK OF NORTH AMERICA CO AIS PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FERRARI FINANCIAL SERVICES INC
CO SAUL EWING LLP
701 BRICKELL AVE
SUITE 1700
MIAMI FL 33131-2832

LAKEVIEW LOAN SERVICING
TIFFANY AND BOSCO PA
1201 S ORLANDO SUITE 430
CO JASON A WEBER ESQ
WINTER PARK FL 32789-7107

AMERICREDIT FINANCIAL SERVICES INC DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

BMW AUTO FINANCE
5550 BRITTON PKWY
HILLARD OH 43026-7456

BANK OF AMERICA AUTO FINANCE
PO BOX 17237
WILMINGTON DE 19850-7237

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BARRETT JACKSON LL
15555 N 79 PL
SCOTTSDALE AZ 85260-1681

CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY CA 91716-0511

CENLAR LOAN
PO BOX 77404
EWING NJ 08628-6404

FERRARI FINANCIAL
250 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-2527

GM AUTO FINANCIAL
PO BOX 650595
DALLAS TX 75265-0595

IVAN NILES LATIMORE
340 ROYAL POINCIANA WAY328322
PALM BEACH FL 33480-4048

IVAN NILES LATIMORE
340 ROYAL POINCIENA WAY
328-322
PALM BEACH FL 33480-4048

LOAN CARE
PO BOX 202049
FLORENCE SC 29502-2049

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI FL 33130-1614

CANADA
SIMA G FISHER
57 GUNN AVENUE
CAMBRIDGE ONTARIO N3C 3V8
CANADA

SYNCHRONY BANK
777 LONG RIDGE RD
STAMFORD CT 06902-1259

NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

TURNER N FALK
SAUL EWING LLP
1500 MARKET ST 38TH FLOOR
PHILADELPHIA PA 19102-2184